FILED
LODGED ENTERED
RECEIVED
AUG 14 2002 MR
AT SEATTLE
BY CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington limited liability company,<br><br>Plaintiff,<br><br>v<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC ), a Delaware corporation,<br><br>Defendant. | Civil Action No. CV02-1683<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**Jury Trial Demanded** |

Plaintiff Valve, L.L.C., ("Valve")  hereby alleges as follows:

### I.   JURISDICTION AND VENUE

1. This is an action for copyright infringement under the Copyright Act, 17 U.S C § 501 *et seq.*

2. This Court has original jurisdiction over this action under 28 U S.C. §§ 1331 and 1338 and has personal jurisdiction over Defendant Sierra Entertainment, Inc. ("Sierra") because it conducts business and has substantial contacts within this judicial district.

3. Venue is proper in this Court pursuant to 28 U S C. § 1391

COMPLAINT FOR COPYRIGHT INFRINGEMENT- 1
K:\36063\99999\JPH\JPH_P21AB

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE WASHINGTON 98104-7078
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022

## II. THE PARTIES

4. Valve is a Washington limited liability company, maintaining its principal place of business at 520 Kirkland Way, #201, Kirkland, WA 98033. Valve is one of the world's leading developers of computer software games, including such titles as "Half-Life," "Counter-Strike," "Blueshift," "Gunman Chronicles," and "Team Fortress," ( hereinafter collectively referred to as "Valve Games"). The Valve Games have been the subject of awards and accolades within the gaming community, including Half-Life being named "Game of the Year" for 1998 by over fifty industry periodicals and online publications.

5. Sierra is a Delaware corporation, maintaining its principal place of business at 3060 139'th Ave. SE, #500, Bellevue, WA, 98005. Sierra is a publisher of computer software games and publishes some of Valve's game titles, including the Valve Games.

## III. STATEMENT OF FACTS

6. All of the Valve Games at issue contain software code commonly referred to as the Valve Engine. Valve is the owner of the copyrights in the Valve Engine. (Copyright Reg. TX 5-445-241, July 24, 2001). Valve also holds valid Copyright Registrations in Half-Life (Copyright Reg. PA 915-913 January 28, 1999) and Half-Life Day One (Copyright Reg. PA 901-764, October 29, 1998) (Certificates of Recordation Vol. 3470 Pages 546 and 547, June 8, 2001). See Attached Exhibit A.

7. On March 29, 2001, Sierra and Valve entered into a Software Publishing Agreement ("Agreement"), which set forth the scope of Sierra's license to reproduce, use, distribute, and license the Valve Games. The Agreement specifically limited the scope of Sierra's license to reproduce, use, distribute, and license the Valve Games as "Retail Packaged Products."

8. Sierra has in the past and continues to reproduce, use, distribute, and/or license one or more of the Valve Games with regard to multi-player facilities in the United States and abroad, which are commonly known "internet cafés" and/or "cyber cafés." Internet cafes are multi-player

COMPLAINT FOR COPYRIGHT INFRINGEMENT- 2
K:\36063\99999\JPH\JPH_P21AB

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE, WASHINGTON 98104 7078
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022

facilities that make computers available for use to the general public  Reproducing, using, distributing, and/or licensing the Valve Games with regard to cyber cafés is not within the scope of Sierra's license and constitutes copyright infringement

9.  The natural, probable, and foreseeable result of Sierra's infringing conduct has been and will continue to be to deprive Valve of the benefits of reproducing, using, distributing, and/or licensing the Valve Games and to deprive Valve of opportunities to expand goodwill associated with the Valve Games

## COUNT I
## COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. §501

10  Plaintiff realleges paragraphs 1-9 of this Complaint as if fully set forth herein

11  Valve is the owner of the registered copyrights for the Valve Engine, Half-Life, and Half-Life Day One.

12.  The Valve Games are built on and incorporate the Valve Engine

13  Sierra has in the past and continues to reproduce, use, distribute, and/or license one or more of the Valve Games with regard to "cyber cafés " Sierra's activities are outside the scope of Sierra's limited license to reproduce, use, distribute, and/or license the Valve Games as Retail Packaged Products, and therefore constitute copyright infringement in violation of the Copyright Act of 1976, 17 U S C  §106

14.  Sierra's infringing activity has caused and will continue to cause irreparable and continuing harm to Valve, for which there is no adequate remedy at law, and will also cause monetary damages

WHEREFORE, Plaintiff respectfully prays that this Court.

1.  Issue a permanent injunction, enjoining and prohibiting Sierra, its agents, servants employees, officers, attorneys, successors and assigns from reproducing, using, distributing, and/or

COMPLAINT FOR COPYRIGHT INFRINGEMENT- 3
K.\36063\99999\JPH\JPH_P21AB

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE, WASHINGTON 98104-7078
TELEPHONE (206) 623 7580
FACSIMILE (206) 623 7022

licensing the Valve Games with regard to internet cafés, cyber cafés, or any other multi-player facility;

    2.    Require Sierra to account to Valve for all profits and damages resulting from the activities complained of in this Complaint;

    3    Order an award of attorneys' fees and costs to Valve as provided by § 505 of the Copyright Act, or as otherwise provided by the law,

    4.    An award of compensatory damages in an amount to be proved at trial, or in the alternative, for an award of statutory damages; and

    5.    For such other and further relief as this Court deems appropriate

## IV.    JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues in this case

DATED this 14th day of August, 2002

PRESTON GATES & ELLIS LLP

By _____
Karl J. Quackenbush, WSBA #9602
Jason P. Holtman, WSBA #28233
Kristin J Boraas, WSBA #32015
Attorneys for Plaintiff
Valve, L.L.C.

COMPLAINT FOR COPYRIGHT INFRINGEMENT- 4
K \36063\99999\JPH\JPH_P21AB

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE, WASHINGTON 98104-7078
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022

# EXHIBITS NOT SCANNED