Honorable Thomas S. Zilly

FILED LODGED RECEIVED MAIL
SEP 27 2002
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware corporation,<br><br>Defendant. | No. CV02-1683<br><br>STIPULATION AND ORDER |

The Parties hereto stipulate as follows:

Defendant Sierra Entertainment, Inc., may have until ~~September 27~~ October 9, 2002, to file and serve its Answer or otherwise move against the Complaint filed by Plaintiff Valve, L.L.C.

///
///
///
///
///
///
///
///

FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 30 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

STIPULATION (CV02-1683) - 1
VIUP\2343PL.DOC

CHRISTENSEN O'CONNOR JOHNSON KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

1  Dated this ___ day of September, 2002.

2

3                                    CHRISTENSEN O'CONNOR
                                     JOHNSON KINDNESS<sup>PLLC</sup>
4

5

6

7  _____
                                     F. Ross Boundy, WSBA No. 403
8                                    Robert J. Carlson, WSBA No. 18,455
                                     Mark P. Walters, WSBA No. 30,819
9                                    Attorneys for Defendant Sierra
                                     Entertainment, Inc.
10

11

12                                   PRESTON GATES & ELLIS LLP

13

14

15  _____
                                     Karl J. Quackenbush, WSBA No. 9602
16                                   Jason P. Holtman, WSBA No. 28,233
                                     Kristin J. Boraas, WSBA No. 32,015
17                                   Attorneys for Plaintiff Valve, L.L.C.

18

19  It is so ORDERED.
                     Dated
20  ~~DONE IN OPEN COURT~~ this ___ day of _____Sept_____, 2002.

21                                        _____
22                                        Honorable Thomas S. Zilly
                                          Judge, U.S. District Court
23

24

25

26

27

STIPULATION (CV02-1683) - 2
VIUP\2343PL.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

1  Presented by:

2  CHRISTENSEN O'CONNOR
3  JOHNSON KINDNESS^PLLC

4
5  _____
   F. Ross Boundy, WSBA No. 403
6  Robert J. Carlson, WSBA No. 18,455
7  Mark P. Walters, WSBA No. 30,819
   Attorneys for Defendant Sierra Entertainment, Inc
8
9  FRB:skg

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATION (CV02-1683) - 3
VIUP\2343PL.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS^PLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100