Honorable Thomas S. Zilly

CC TO JUDGE __KN__

FILED ____ ENTERED
____ LODGED ____ RECEIVED

OCT 15 2002   KN

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CV 02-01683  #00000004

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), <br><br> Defendant. | No. CV02-1683 <br><br> NOTICE OF APPEARANCE |

Robert J. Carlson, member of the firm of Christensen O'Connor Johnson Kindness$^{PLLC}$, herewith enters that firm's appearance as counsel of record for Defendants Sierra Entertainment, Inc.

Dated this 14 day of OCTOBER, 2002

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS$^{PLLC}$

F. Ross Boundy, WSBA No. 403
Robert J. Carlson, WSBA No. 18,455
Mark P Walters, WSBA No. 30,819
Attorneys for Defendant Sierra Entertainment, Inc. )

NOTICE OF APPEARANCE (CV02-1683) - 1
VIUP\2343PL1 DOC

CHRISTENSEN O'CONNOR JOHNSON KINDNESS$^{PLLC}$
LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE 206 682 8100