CC TO JUDGE

Honorable Thomas S. Zilly

FILED ENTERED
LODGED RECEIVED

OCT 21 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware corporation,<br><br>Defendant. | No. CV02-1683<br><br>STIPULATION AND ORDER |

The Parties hereto stipulate as follows:

Defendant Sierra Entertainment, Inc., may have until November 8, 2002, to file and serve its Answer or otherwise move against the Complaint filed by Plaintiff Valve, L.L.C.

///
///
///
///
///
///
///
///

STIPULATION (CV02-1683) - 1
V1UP\2343PL2.DOC

CHRISTENSEN O'CONNOR JOHNSON KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE 206.682.8100

1  Dated this 14 day of October, 2002.

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS PLLC

*[signature]*

F. Ross Boundy, WSBA No. 403
Robert J. Carlson, WSBA No. 18,455
Mark P. Walters, WSBA No. 30,819
Attorneys for Defendant Sierra
Entertainment, Inc.

PRESTON GATES & ELLIS LLP

*[signature]* FOR JASON P.
HOLTMAN — VIA
TELEPHONE
AUTHORIZATION

Karl J. Quackenbush, WSBA No. 9602
Jason P. Holtman, WSBA No. 28,233
Kristin J. Boraas, WSBA No. 32,015
Attorneys for Plaintiff Valve, L.L.C.

It is so ORDERED.
~~DONE IN OPEN COURT~~ Signed this ___ day of _____, 2002.

*[signature]*

Honorable Thomas S. Zilly
Judge, U.S. District Court

STIPULATION (CV02-1683) - 2
VIUP\2343PL2.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS PLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

1  Presented by:

2  CHRISTENSEN O'CONNOR
   JOHNSON KINDNESS<sup>PLLC</sup>
3

4

5  _____
   F. Ross Boundy, WSBA No. 403
6  Robert J. Carlson, WSBA No. 18,455
7  Mark P. Walters, WSBA No. 30,819
   Attorneys for Defendant Sierra Entertainment, Inc
8

9  RJC:snh

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION (CV02-1683) - 3
VIUP\2343PL2.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

Honorable Thomas S. Zilly

CC TO JUDGE KJ

FILED ____ ENTERED
____ LODGED ____ RECEIVED

OCT 15 2002   KN

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.),<br><br>Defendant. | No. CV02-1683<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on the 14th day of October, 2002, the original of the Notice of Appearance and Stipulation and Order were filed with the Court and true copies were served in the manner listed below.

Via hand delivery to:
    Honorable Thomas S. Zilly
    Western District of Washington at Seattle

and a true copy via facsimile to:

    Jason P. Holtman
    Preston Gates & Ellis
    Facsimile No. 206.623.7022
    Attorneys for Plaintiff Valve, L.L.C.

Shannon N. Hill, Legal Secretary

RJC:snh

COS (CV02-1683) - 1
VIUP\2343PL3.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100