CV 02-01683 #00000006

FILED _____ ENTERED
LODGED _____ RECEIVED

NOV 04 2002

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

|  |  |
|---|---|
| **VALVE, L.L.C.** | NO.  C02-1683Z |
| vs. | MINUTE ORDER |
| **SIERRA ENTERTAINMENT, INC.** |  |

The following Minute Order is made by direction of the
Court, the Honorable Thomas S. Zilly, U.S. District
Judge:

It is ORDERED that counsel show cause by **NOVEMBER 22,
2002** why this action should not be dismissed for
failing to comply with Order requiring Status Report
signed August 27, 2002 and due October 8, 2002.  There
has been one request to continue the filing date of the
Joint Status Report to October 25, 2002.  To date, a
Joint Status Report has not been filed.  Absent a
timely response to this Order, the action SHALL BE
DISMISSED without prejudice.

Filed and entered this 4th day of November, 2002.

BRUCE RIFKIN, Clerk

By   Casey Condon
   Casey Condon
   Deputy Clerk