Honorable Thomas S. Zilly



**NOV 13 2002**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY



ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington limited liability company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.),<br><br>　　　　Defendant. | No. CV02-1683 Z<br><br>STIPULATED MOTION AND ORDER; AND RESPONSE TO SHOW CAUSE ORDER |

　　The parties hereto, by their below-named counsel, herewith advise the Court that their business representatives are continuing efforts to negotiate a settlement of this dispute and therefore the parties have stipulated that the Defendant, Sierra Entertainment, Inc., may have until November 25, 2002, to file and serve its answer or otherwise move against the Complaint filed by Plaintiff Valve L.L.C. The parties therefore request that the Court enter its order upon the parties' stipulation granting that extension.

　　Further, in response to the Court's Minute Order, entered November 4, 2002, the parties apologize to the Court for their inadvertent failure to request continuation of the previously set date for Joint Status Report, and jointly request that the Court reset the due date for Joint Status Report to December 10, 2002, or other date convenient with the Court's calendar.

STIPULATED MOTION AND ORDER AND
RESPONSE TO COURT'S SHOW CAUSE ORDER
(CV02-1683) - 1
VIUP\2343PL4.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

1  Dated this 8th day of November 2002.

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS<sup>PLLC</sup>

*[signature]*

F. Ross Boundy, WSBA No. 403
Robert J. Carlson, WSBA No. 18,455
Mark P. Walters, WSBA No. 30,819
Attorneys for Defendant Sierra
Entertainment, Inc. )

PRESTON GATES & ELLIS LLP

*by [signature]*
BY TELEPHONE AUTHORIZATION

Karl J. Quackenbush, WSBA No. 9602
Jason P. Holtman, WSBA No. 28,233
Kristin J. Boraas, WSBA No. 32,015
Attorneys for Plaintiff Valve, L.L.C.

---

STIPULATED MOTION AND ORDER AND
RESPONSE TO COURT'S SHOW CAUSE ORDER
(CV02-1683) - 2
VIUP\2343PL4.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

**ORDER**

The Court grants the stipulated motion and vacates its Order to Show Cause dated November 4, 2002.

Defendant Sierra Entertainment Inc., shall have until Monday November 25, 2002, to answer or otherwise respond against the complaint filed in this matter. The parties shall submit the Status Report referenced in the Court's prior order no later than December 10, 2002.

Dated this 13th day of November 2002.

_____
Honorable Thomas S. Zilly
United States District Judge

Presented by:

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS<sup>PLLC</sup>

_____
F. Ross Boundy, WSBA No. 403
Robert J. Carlson, WSBA No. 18,455
Mark P. Walters, WSBA No. 30,819
Attorneys for Defendant Sierra Entertainment, Inc.

FRB:skg

STIPULATED MOTION AND ORDER AND
RESPONSE TO COURT'S SHOW CAUSE ORDER
(CV02-1683) - 3
V:\UP\2343Pl4.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100