CC: TO JUDGE ___PM___

FILED ___ ENTERED
LODGED ___ RECEIVED

DEC 10 2002 PM

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

Honorable Thomas S. Zilly

CV 02-01683  #00000009

**ORIGINAL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware corporation,<br><br>Defendant. | Civil Action No. C02-1683Z<br><br>JOINT STATUS REPORT |

Plaintiff Valve L.L.C. ("Valve") and defendant Sierra Entertainment, Inc. ("Sierra") hereby submit their Joint Status Report as instructed by the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement ("Order") dated August 27, 2002. By the Court's Order Regarding Stipulated Motion and Order and Response to Court's Show Cause Order dated November 13, 2002, the deadline for submission of the Joint Status Report was extended until December 10, 2002.

**JOINT STATUS REPORT**

1. <u>Nature and complexity of the case</u>  On August 14, 2002, Valve filed a claim of copyright infringement against Sierra  Copyright Act, 17 U.S.C § 501 *et seq*  The claim involves Sierra's unauthorized reproduction, use, distribution, and/or licensing of certain Valve software in

JOINT STATUS REPORT - 1

K\36063\00014\JPH\JPH_P21K4

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE, WASHINGTON 98104-7078
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022

relation to "cyber-cafes." Sierra filed an Answer, Counterclaim, and Jury Demand on November 25, 2002  Sierra's counterclaim asks for an adjudication and declaration of rights between the parties pursuant in regard to the Software Publishing Agreement between the parties dated March 29, 2001, and its addenda  Declaratory Judgment Act 28 U S C. §2201.  Neither party has served written discovery

    2    <u>ADR method which should be used</u>  The parties are presently engaged in settlement discussions  The parties believe that mediation pursuant to CR 39.1(c) may be appropriate in this case in the future

    3    <u>If the parties agree to ADR, when should ADR take place:</u>  Given the ongoing settlement discussions, the parties do not perceive a need for mediation at this time

    4    <u>Proposed deadline for joining additional parties</u>  The parties propose a deadline of February 28, 2003.

    5.    <u>Proposed discovery plan:</u>

        A    <u>The date on which the FRCP 26(f) conference and FRCP 26(a) initial disclosures took place.</u>  The parties held a FRCP 26(f) conference by telephone on November 26, 2002.  The parties agreed that there was no need for initial disclosures at this time  The parties agreed that initial disclosures will take place no later than January 17, 2002.

        B    <u>The subjects on which discovery may be needed and whether discovery may be needed and whether discovery should be conducted in phases or be limited to or focused upon particular issues:</u>  The parties agreed that certain informal discovery will take place prior to the initial disclosures.  That process is presently ongoing  The parties agreed that after such informal discovery and initial disclosures, a discovery plan can be discussed.

        C    <u>What changes should be made in the limitations on discovery imposed under</u>

JOINT STATUS REPORT - 2

K \36063\00014\JPH\JPH_P21K4

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE  WASHINGTON  98104-7078
TELEPHONE  (206) 623-7580
FACSIMILE  (206) 623-7022

|   |   |    |                                                                                          |
|---|---|----|------------------------------------------------------------------------------------------|
| 1 |   |    | the Federal and Local Rules, and what other limitation should be imposed                |
| 2 |   |    | None.                                                                                    |
| 3 |   | D. | A statement of how discovery will be managed so as to minimize expense                  |
| 4 |   |    | (e g , by foregoing or limiting depositions, exchanging documents informally,           |
| 5 |   |    | etc.)· See answer to B. above                                                            |
| 6 |   | E  | Any other orders that should be entered by the Court under FRCP26(c) or                 |
| 7 |   |    | under Local Rule CR 16(b) and (c): None at this time.                                    |

8  6   The date by which the remainder of discovery can be completed· October 1, 2003

9  7.  Whether the parties agree that a full-time Magistrate Judge may conduct all proceedings including trial and entry of judgment, under 28 U S.C Section 535(c) and Local Rule MJR 13. The parties do not so consent

12 8   Whether the case should be bifurcated by trying the liability issues before the damages issues, or bifurcated in any other way: No.

14 9.  Whether the pretrial statements and pretrial order called for by Local Rules CR 16(e), (h), (i), and 16 1 should be dispensed with in whole or in part for the sake of economy  The parties do not know at this time, but will revisit this question prior to such deadlines

17 10  Any other suggestions for shortening or simplifying the case  Not at this time

18 11. The date the date will be ready for trial  any date convenient for the court in January, 2004

20 12  Whether the trial will be jury or non-jury  Sierra has filed a jury demand.

21 13  The number of trial days required· 7-10 days

22 14. The names, addresses, and telephone numbers of all trial counsel

Attorneys for Plaintiff Valve

Karl J. Quackenbush
Jason P. Holtman
Kristin J Boraas
Preston Gates & Ellis LLP

JOINT STATUS REPORT - 3

K \36063\00014\JPH\JPH_P21K4

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE WASHINGTON 98104 7078
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022

701 Fifth Avenue, Suite 5000
Seattle, WA 98104-7078
(206) 623-7580

Attorneys for Defendant Sierra Entertainment, Inc

F. Ross Boundy
Robert J Carlson
Mark P Walters
Christensen O'Connor Johnson Kindness
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
(206) 682-8100

15. <u>Whether any party wishes a scheduling conference prior to a schedule order being entered in the case.</u> No.

DATED this tenth day of December, 2002.

PRESTON GATES & ELLIS LLP

By _____
Karl J. Quackenbush, WSBA #9602
Jason P Holtman, WSBA #28233
Kristin J Boraas, WSBA #32015
Attorneys for Plaintiff
Valve, L.L.C.

CHRISTENSEN O'CONNOR JOHNSON KINDNESS

By _____
F. Ross Boundy, WSBA #403
Robert J Carlson, WSBA #18455
Mark P. Walters, WSBA #30819
Attorneys for Defendant
Sierra Entertainment, Inc.

JOINT STATUS REPORT - 4

K:\36063\00014\JPH\JPH_P21K4

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE, WASHINGTON 98104-7078
TELEPHONE (206) 623 7580
FACSIMILE (206) 623 7022