FILED 1/14
LODGED
RECEIVED

JAN 13 2003

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE, L.L.C.,

    Plaintiff(s),

v.

SIERRA ENTERTAINMENT, INC.,

    Defendant(s).

Case No. C02-1683Z

MINUTE ORDER SETTING TRIAL DATE & RELATED DATES

| | |
|---|---|
| **TRIAL DATE** | JANUARY 12, 2004 |
| Deadline for joining additional parties | February 28, 2003 |
| Disclosure of expert testimony under FRCP 26(a)(2) | July 16, 2003 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see CR7(d)) | August 15, 2003 |
| Discovery completed by | September 14, 2003 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)) | October 14, 2003 |
| Settlement conference per CR 39.1(c)(2) held no later than | November 13, 2003 |
| Mediation per CR 39.1(c)(3) held no later than | December 13, 2003 |
| All motions in limine must be filed by and noted on the motion calendar no later than the second Friday thereafter | December 15, 2003 |
| Agreed pretrial order due | December 31, 2003 |

ORDER SETTING TRIAL DATE & RELATED DATES - 1

10

| | |
|---|---|
| Pretrial conference to be held at **3:00 pm** on | January 2, 2004 |
| Trial briefs, proposed voir dire questions, jury instructions, and proposed findings of fact and conclusions of law | January 7, 2004 |
| Length of Trial: 7-10 days | Jury XXX  Non Jury |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by CR 16.1, except as ordered below.

The original and one copy of the trial exhibits are to be delivered to the courtroom the morning of trial. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with A-1. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Should this case settle, counsel shall notify Casey Condon as soon as possible. Pursuant to GR 3(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

ORDER SETTING TRIAL DATE & RELATED DATES - 2

A copy of this Minute Order shall be mailed to all counsel of record.

DATED this 13th day of January, 2003.

*Casey Condon*

Casey Condon, Deputy Clerk to
Thomas S. Zilly, Judge
206-553-0281

ORDER SETTING TRIAL DATE & RELATED DATES - 3