FILED 1/14
LODGED _____ RECEIVED

JAN 13 2003

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEP.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

VALVE, L.L.C.,

        Plaintiff(s),

v.

SIERRA INTERTAINMENT, INC.,

        Defendant(s).

Case No. C02-1683Z

MINUTE ORDER DESIGNATING
CASE FOR MEDIATION

The Court finds this case is appropriate for mediation under Local Rule CR 39.1.  The parties are directed to conduct mediation upon completion of discovery as hereinafter provided.

IT IS ORDERED that the parties exchange written demands for settlement and that counsel meet and discuss settlement within six months of this Order.

IT IS ORDERED that the mediator be selected by the cutoff date for completion of discovery.  The parties are advised that the Court's home page at www.wawd.uscourts.gov contains a roster of approved mediators and their profiles.  This information is also available for viewing in Seattle and Tacoma at the intake counter of the Clerk's Office.  Counsel are directed to file with the Court the name of the mediator as soon as one is selected.  The mediation will be conducted at such time or times as the mediator may determine.  Mediation shall be completed no later than thirty (30) days prior to the trial date.  The parties are strongly encouraged to mediate prior to completion of discovery.

The Clerk of the Court is directed to send a copy of this Order to all counsel of record.

DATED this 13th day of January, 2003.

Casey Condon

Casey Condon, Deputy Clerk to
Thomas S. Zilly, Judge

ORDER DESIGNATING CASE FOR MEDIATION

11