CC TO JUDGE __DM__

CV 02-1683 #12

Honorable Thomas S. Zilly

✓ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JAN 14 2003 DM

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware corporation,<br><br>    Defendant. | Civil Action No. C02-1683Z<br><br>NOTICE OF CHANGE OF ADDRESS |

TO   DEFENDANTS AND THEIR ATTORNEY

F. Ross Boundy
Robert J. Carlson
Mark P Walters
Christensen O'Connor Johnson Kindness
1420 Fifth Avenue, Suite 2800
Seattle, WA  98101-2347

AND TO·  The Clerk of the Court

PLEASE TAKE NOTICE that, effective January 21, 2003, Preston Gates & Ellis LLP will change/has changed its address as follows

925 Fourth Avenue
Suite 2900
Seattle, WA 98104

NOTICE CHANGE OF ADDRESS

K\36063\00014\JPH\JPH_P21LR

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE, WASHINGTON 98104-7078
TELEPHONE (206) 623-7580
FACSIMILE (206) 623 7022

1 | The Phone and Fax numbers remain the same.

PRESTON GATES & ELLIS LLP

By _____
Karl J Quackenbush, WSBA #9602,
Jason P. Holtman, WSBA #28233
Of Attorneys for Defendant

---

## CERTIFICATE OF SERVICE:

The undersigned, not a party to the above litigation, over the age of 21 years and qualified to make this declaration, certifies that the foregoing Notice of Change of Address was placed in the mail, postage prepaid, to the addressees indicated therein, on January 14, 2003

_____
Linda F. Gage

NOTICE CHANGE OF ADDRESS
K:\36063\00014\JPH\JPH_P21LR

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE, WASHINGTON 98104-7078
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022