__✓__ FILED ____ ENTERED
__✓__ LODGED ____ RECEIVED     CC TO JUDGE __KN__

FB 1 9 2003   KN

AT SEATTLE
U S DISTRICT COURT
DISTRICT OF WASHINGTON
                    DEPUTY

CV 02 01683 #00000013

Honorable Thomas S Zilly

# ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE, L L C , a Washington limited liability company, | Civil Action No C02-1683Z |
| Plaintiff, | ANSWER TO COUNTERCLAIM |
| v | |
| SIERRA ENTERTAINMENT, INC (AKA SIERRA ON-LINE, INC ), a Delaware corporation, | |
| Defendant | |

**ANSWER**

Plaintiff, Valve, L L.C ("Valve") answers Defendant Sierra Entertainment, Inc 's ("Sierra") counterclaim as set forth below  Sierra's counterclaim begins at paragraph 19 of its Answer, Counterclaim, and Jury Demand, therefore, Valve's answer to the counterclaim uses the same paragraph numbers.

19 In answering paragraph 19, Valve admits that Sierra is seeking a declaratory judgment pursuant to 28 U S.C § 2201(a) regarding the Software Publishing Agreement between the

ANSWER TO COUNTERCLAIM - 1

K \36063\00014\JPH\JPH_P21NS

PRESTON GATES & ELLIS LLP
925 FOURTH AVE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623 7580
FACSIMILE (206) 623 7022

parties dated March 29, 2001, and its addenda

20. In answering paragraph 20, Valve admits that this Court has personal jurisdiction over it

21. In answering paragraph 21, Valve admits that this Court has subject matter jurisdiction over declaratory judgment actions pursuant to 28 U S C § 1338(a)  Valve, however, denies the allegations of paragraph 21 to the extent that this Court, in its discretion, should dismiss Sierra's declaratory judgment action as it is duplicative of Sierra's defenses asserted in response to Valve's complaint for copyright infringement.

22. In answering paragraph 22, Valve admits that venue is proper in this Court

23. In answering paragraph 23, Valve admits that an actual case or controversy exists as to Sierra's rights to manufacture, distribute, rent, lease, and license the Valve Games to internet cafés within the United States, as Retail Packaged Product  Valve, however, denies the allegations of paragraph 23 to the extent that this Court, in its discretion, should dismiss Sierra's declaratory judgment action as it is duplicative of Sierra's defenses asserted in response to Valve's complaint for copyright infringement

24. In answering paragraph 24, Valve admits that an actual case or controversy exists as to Sierra's rights to manufacture, distribute, rent, lease, and license the Valve Games to internet cafés outside the United States, as Retail Packaged Product  Valve, however, denies the allegations of paragraph 24 to the extent that this Court, in its discretion, should dismiss Sierra's declaratory judgment action as it is duplicative of Sierra's defenses asserted in response to Valve's complaint for copyright infringement

25. In answering paragraph 25, Valve denies the allegations in their entirety

26. In answering paragraph 26, Valve denies the allegations in their entirety

27. In answering paragraph 27, Valve denies the allegations in their entirety

28. In answering paragraph 28, Valve denies the allegations in their entirety

29. In answering paragraph 29, Valve denies the allegations in their entirety

ANSWER TO COUNTERCLAIM - 2

K \36063\00014\JPH\JPH_P21NS

PRESTON GATES & ELLIS LLP
925 FOURTH AVE
SUITE 2900
SEATTLE WASHINGTON 98104 1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022

## AFFIRMATIVE DEFENSES

30  Sierra's counterclaim fails to state a claim upon which relief can be granted

31  Sierra has acted outside the scope of the license contained in the Software Publishing Agreement

32  This Court, in its discretion, should dismiss Sierra's declaratory judgment action as it is duplicative of Sierra's defenses asserted in response to Valve's complaint for copyright infringement

## PRAYER FOR RELIEF

Having answered, Valve prays for the following relief.

A  That this Court enter judgment in favor of Valve and against Sierra on all causes of action set forth in Valve's Complaint and Sierra's Counterclaim

B  That this Court, in its discretion, dismiss Sierra's declaratory judgment action as it is duplicative of Sierra's defenses asserted in response to Valve's complaint for copyright infringement.

C  That this Court award relief, damages, costs, and attorney's fees to Valve as prayed for in Valve's Complaint, and,

D  That this Court award such further relief as it may deem just and proper

DATED this ___ day of February, 2003.

PRESTON GATES & ELLIS LLP

By_____
Karl J. Quackenbush, WSBA #9602
Jason P Holtman, WSBA #28233
Kristin J Boraas, WSBA #32015
Attorneys for Plaintiff
Valve, L L.C

ANSWER TO COUNTERCLAIM - 3

K\36063\00014\JPH\JPH_P21NS

PRESTON GATES & ELLIS LLP
925 FOURTH AVE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623 7022

```
_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

        FEB 19 2003    KN
           AT SEA
      CLERK U S DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

CC TO JUDGE __KN__

Honorable Thomas S Zilly

# ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE, L L C , a Washington Limited Liability Company,<br><br>　　　　　　　　Plaintiff,<br><br>　　v<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC ), a Delaware Corporation,<br><br>　　　　　　　　Defendant | No  C 02-1683Z<br><br>CERTIFICATE OF SERVICE |

　　　The undersigned declares, I am not a party to the above litigation, over the age of 21 years and qualified to make this declaration   On the date below-written, I caused to be served the Answer to Counterclaim by legal messenger upon

F. Ross Boundy
Robert J Carlson
Mark P Walters
Christensen O'Connor Johnson Kindness
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347

DATED this 19th day of February, 2003.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Linda F Gage

CERTIFICATE OF SERVICE - 1

K \36063\00014\JPH\JPH_P21NY

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022