___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 08 2003

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Honorable Thomas S. Zilly

02-CV-01683-ORD

JUL   2 2003

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware corporation,<br><br>Defendant. | Civil Action No. C02-1683Z<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUTOFF, PRE-TRIAL DEADLINES AND TRIAL DATE |

## STIPULATION

Pursuant to Local Rule 37, the parties recently met and conferred regarding a discovery dispute. The parties have reached a potential resolution of that dispute. It is anticipated that the resolution of the parties' discovery dispute will require the production of substantial additional discovery, which will require additional time. Additionally, plaintiff believes there may be a need to join additional parties to the lawsuit, namely Vivendi Universal and Havas, corporate affiliates of Sierra Entertainment, Inc., and resolution of this issue will require additional time. Therefore, in order to allow for full and complete discovery in this case, the parties concur that the current pre-trial deadlines should be modified to allow

STIPULATION TO EXTEND
DISCOVERY CUTOFF, PRE-TRIAL
DEADLINES AND TRIAL DATE - 1

K:\36063\00014\JPH\JPH_P21WS

**ORIGINAL**

PRESTON GATES & ELLIS LLP
925 FOURTH AVE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

additional time to finalize discovery. The current discovery cutoff of September 14, 2003 will not allow sufficient time to exchange the additional discovery called for by the parties' discovery plan.

The parties additionally stipulate that, even though they require an 3 month extension of the trial date and corresponding case deadlines, they will exchange written settlement demands by July 18, 2003 and that their attorneys will attend an in-person meeting before July 25, 2003 in an effort to settle this matter. This stipulation is in addition to the CR 39.1(c)(2) obligations set forth below.

Accordingly, the parties hereby agree and stipulate that the remaining pre-trial deadlines, and the trial date, should be extended for approximately 3 months, as follows:

(1) All motions relating to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter: November 13, 2003 (formerly August 15, 2003)

(2) Discovery completed by: December 15, 2003 (formerly Sept. 14, 2003)

(3) All dispositive motions must be filed by and noted for the third Friday thereafter: January 14, 2004 (formerly October 14, 2003)

(4) Settlement conference per CR 39.1(c)(2) held no later than: February 13, 2004 (formerly November 13, 2003)

(5) Mediation per CR 39.1(c)(3) held no later than: March 12, 2004 (formerly December 13, 2003)

(6) All motions in limine must be filed by and noted on the motions calendar no later than the second Friday thereafter: March 15, 2004 (formerly December 15, 2003)

(7) Agreed pretrial order due: March 29, 2004 (formerly December 31, 2003)

(8) Pretrial conference to be held at 3:00 p.m. on: April 2, 2004 (formerly January 2, 2004)

(9) Trial briefs, proposed voir dire questions, jury instructions, and proposed findings of fact and conclusions of law: April 7, 2004 (formerly January 7, 2004)

(10) TRIAL DATE: April 12, 2004 (formerly January 12, 2004)

Length of trial: 7-10 days.

STIPULATION TO EXTEND
DISCOVERY CUTOFF, PRE-TRIAL
DEADLINES AND TRIAL DATE - 2

K:\36063\00014\JPH\JPH_P21WS

PRESTON GATES & ELLIS LLP
925 FOURTH AVE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

DATED this ____ day of July, 2003.

Presented by:

PRESTON GATES & ELLIS LLP

By _____  *PER FAX AUTHORIZATION FROM MR. HOLTMAN*

Karl J. Quackenbush, WSBA #9602
Jason P. Holtman, WSBA #28233
Kristin J. Boraas, WSBA #32015
Attorneys for Plaintiff
Valve, L.L.C.

Approved as to form:
Approved for entry:

CHRISTENSEN O'CONNOR JOHNSON KINDNESS

By _____

F. Ross Boundy, WSBA #403
Robert J. Carlson, WSBA #18455
Mark P. Walters, WSBA #30819
Attorneys for Defendant
Sierra Entertainment, Inc..

## ORDER

**IT IS SO ORDERED.**

DATED: July ____, 2003.

_____
Judge Thomas S. Zilly
United States District Court
Western District of Washington

STIPULATION TO EXTEND
DISCOVERY CUTOFF, PRE-TRIAL
DEADLINES AND TRIAL DATE - 3

K:\36063\00014\JPH\JPH_P21WS

PRESTON GATES & ELLIS LLP
925 FOURTH AVE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022