Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington limited liability company,<br><br>      Plaintiff,<br><br>      v.<br><br>SIERRA ENTERTAINMENT, INC., (aka SIERRA ON-LINE, INC.),<br><br>      Defendant. | No. CV02-1683<br><br>DECLARATION OF ERIC ROEDER IN SUPPORT OF SIERRA'S MOTION FOR A PROTECTIVE ORDER<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**August 25, 2003** |

I, Eric Roeder, hereby state and declare as follows:

1. I am the in-house attorney responsible for the legal services provided to Sierra Entertainment, Inc. ("Sierra"). I make the following declaration upon my personal knowledge. If called upon to testify regarding the matters set forth herein I am competent and willing to do so.

2. I have reviewed the written discovery requests propounded by the plaintiff Valve, LLC ("Valve"). Specifically, I have reviewed Valve's Requests for Production and Valve's written Interrogatories propounded pursuant to Fed. R. Civ. P. 33 and 34. Subsequent to reviewing Valve's discovery requests, I participated in document production and information gathering for responding to Valve's discovery. I have also reviewed

DECLARATION OF ERIC ROEDER IN SUPPORT
OF SIERRA'S MOTION FOR A PROTECTIVE
ORDER (CV02-1683) - 1
VIUP\2343PL13.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

correspondence from Valve's attorney, Mr. Holtman, regarding Valve's desired expansion of the document production to include all of Sierra's distributors overseas and the offices of Sierra's corporate affiliates overseas. Many of these offices are located in distant countries such as Malaysia, China, Singapore, and the Philippines. Furthermore, the documents in these offices to the best of my understanding relate solely to licensees of Sierra and/or Vivendi Universal Games overseas.

4. Sierra Entertainment, Inc. is a wholly owned subsidiary of Vivendi Universal Games, Inc., a corporation incorporated under the laws of Delaware. Vivendi Universal Games, Inc. ("VUG") is a wholly owned subsidiary of Vivendi Universal Publishing Acquisition Company.

5. Sierra's distribution of gaming software abroad is handled by a number of corporate affiliates under the control of Vivendi's European and Asian subsidiaries known as Vivendi Universal Interactive Publishing International, S.A. (a French entity) and Vivendi Universal Games Asia Pacific Pte, Ltd. These subsidiaries work with a number of distributors around the world. Sierra has approximately 46 distributors in the Asia Pacific region alone and I estimate that we have over 100 distributors worldwide.

6. Our worldwide distributors enter into distribution agreements with Sierra, VUG and/or other VUG subsidiary companies located abroad. To the best of my knowledge, these distributorship agreements are mostly negotiated overseas. VUG routinely handles licensing activities with foreign distributors relating to the distribution of Valve games in foreign markets.

7. Exhaustive document and information gathering relating to all foreign licensing activities from each and every one of Sierra's overseas distributors and the offices of Sierra's affiliates overseas would escalate costs tremendously in terms of time and money. I personally would need to supervise the document collection and information gathering in numerous overseas offices and it would require me to expend an enormous amount of

DECLARATION OF ERIC ROEDER IN SUPPORT
OF SIERRA'S MOTION FOR A PROTECTIVE
ORDER (CV02-1683) - 2
VIUP\2343PL13.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS PLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

administrative time and effort in managing an expanded discovery scope to cover potentially over 100 foreign offices around the world.

8. CD-ROMS used in cybercafés, domestically and abroad, do not differ from the CD-ROMS sold to computer users for use outside of a networked gaming environment. Sierra manufactures copies of CD-ROMs domestically and occasionally permits their manufacture overseas according to its license to manufacture Retail Packaged Product granted by the Software Publishing Agreement. Valve receives and accepts a royalty payment for each CD-ROM distributed by Sierra. Product manufactured within the U.S. is then shipped to foreign distributors abroad or in some cases to Sierra's corporate affiliates abroad in Europe or Asia. In some cases, Sierra will authorize one of its distributors to use CD-ROMS in a cybercafé whereupon a sticker is placed on the box indicating that the CD-ROM is for use in a cybercafé only. Besides the sticker placed on the box, the CD-ROM does not differ in any way from those typically distributed in other retail outlets for a given geographic location.

9. I have also reviewed Valve's 30(b)(6) deposition notice regarding Asian Media Development Group ("AMDG"). AMDG is one of VUG's foreign distributors of Sierra products. AMDG is Sierra's exclusive distributor in the Philippines. The only individual capable of properly answering the questions pose by Valve's 30(b)(6) notice is located in Singapore. There are no individuals within Sierra's U.S. offices who can respond properly and fully regarding the topics set forth in Valve's 30(b)(6) notice nor can I conceive of any individual at Sierra obtaining sufficient knowledge regarding these matters without having to travel to Singapore or the Philippines to review documents and/or conduct personal interviews with those having knowledge regarding licensing activities within the Philippines.

I make the foregoing statements under penalty of perjury and hereby swear that the foregoing is true and correct to the best of my recollection.

DECLARATION OF ERIC ROEDER IN SUPPORT
OF SIERRA'S MOTION FOR A PROTECTIVE
ORDER (CV02-1683) - 3
VIUP\2343PL13.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS PLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

1 |     Dated this ____ day of August in Los Angeles, California.

 

                                                 _____

                                               ERIC ROEDER

---

DECLARATION OF ERIC ROEDER IN SUPPORT
OF SIERRA'S MOTION FOR A PROTECTIVE
ORDER (CV02-1683) - 4
VIUP\2343PL13.DOC

CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100