Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SIERRA ENTERTAINMENT, INC., (aka SIERRA ON-LINE, INC.),<br><br>　　　　　　　　Defendant. | No. CV02-1683<br><br>[PROPOSED] ORDER GRANTING SIERRA'S MOTION FOR PROTECTIVE ORDER PURSUANT TO FRCP 26(c)<br><br>**Noted for Consideration:**<br><br>**August 25, 2003** |

THIS MATTER having been brought before the Court upon Defendant Sierra Entertainment, Inc.'s ("Sierra") Motion for Protective Order Pursuant to Fed.R.Civ.P. 26(c), and good cause having been shown,

IT IS HEREBY ORDERED that:

A.　The 30(b)(6) deposition regarding Asian Media Development Group ("AMDG"), noticed for August 18, 2003, will not be had; and

B.　Discovery in this matter shall be limited to evidence relating to licensing activities of Sierra and/or Vivendi Universal Games within the United States and the Plaintiff, Valve, L.L.C. ("Valve"), shall not be entitled to seek discovery relating to licensing activities for cybercafés located outside of the United States.

[PROPOSED] ORDER (CV02-1683) - 1
VIUP\2343PO.WPD

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS™

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

1   It is so ORDERED.

2   Done in open Court this _____ day of August, 2003.

3

4                                                           _____
                                                            Honorable Thomas S. Zilly
5                                                           Judge, U.S. District Court

6   Presented by:

7   CHRISTENSEN O'CONNOR
8   JOHNSON KINDNESS<sup>PLLC</sup>

9

10

11  s/ Robert J. Carlson_____
    Robert J. Carlson, WSBA No. 18,455
12  Mark P. Walters, WSBA No. 30,819
    Attorneys for Defendant Sierra Entertainment, Inc.
13

[PROPOSED] ORDER (CV02-1683) - 2
VIUP\2343PO.WPD

CHRISTENSEN O'CONNOR JOHNSON KINDNESS<sup>PLLC</sup>
LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100