Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington limited liability company,<br><br>                Plaintiff,<br><br>           v.<br><br>SIERRA ENTERTAINMENT, INC., (aka SIERRA ON-LINE, INC.),<br><br>                Defendant. | No. CV02-1683<br><br>CERTIFICATE OF SERVICE FOR ELECTRONIC FILING - SERVICE BY ELECTRONIC NOTIFICATION OR BY MAIL (OR HAND DELIVERY) |

    I hereby certify that on August 14, 2003, I electronically filed the Defendant's Motion for Protective Order and Memorandum of Law in Support, Declaration of Robert J. Carlson in Support of Sierra's Motion for Protective Order, Declaration of Eric Roeder in Support of Sierra's Motion for a Protective Order, and [Proposed] Order, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Karl J. Quackenbush and Jason P. Holtman of Preston Gates & Ellis LLP.

    Dated this 14th day of August, 2003

                                                            s/ Robert J. Carlson
                                                            Robert J. Carlson, WSBA No. 18,455
                                                            E-mail: carlson@cojk.com

CERTIFICATE OF SERVICE (CV02-1683) - 1
VIUP\2343685.DOC

CHRISTENSEN O'CONNOR JOHNSON KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100