Honorable Thomas S. Zilly
Set for Hearing August 29, 2003

02-CV-01683-PRO

ORIGINAL

FILED
LODGED
ENTERED
RECEIVED

AUG 1 4 2003 MR

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE, L.L.C., a Washington Limited Liability Company,

    Plaintiff,

v.

SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware Corporation,

    Defendant.

No. C 02-1683Z

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY

THIS MATTER having come on for hearing before the undersigned Judge of the above-entitled Court, and the Court having considered the moving and responding papers of both plaintiff and defendant, the relevant supporting declarations, other pleadings on file herein, the Court grants plaintiff's motion to compel discovery. The Court also awards to plaintiff its reasonable expenses in bringing this motion, including its attorneys fees, in an amount to be determined by further proceedings of this Court.

**ORDER**

ORDERED, therefore that Valve's motion to compel discovery from Sierra and its affiliates (Vivendi Universal, Vivendi Universal Games, and Havas Interactive) is GRANTED. Sierra's objection to producing documents and information based upon a claim

ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL
DISCOVERY - 1

K:\36063\00014\JPH\JPH_P2207

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE. (206) 623-7580
FACSIMILE (206) 623-7022

of "extraterritoriality" and/or the claim that such documents need not be produced because they are kept outside the United States lacks merit. Sierra shall produce materials and information from its and its affiliates domestic and foreign offices as requested by Valve in its First Set of Request for Production and First Set of Interrogatories dated April 10, 2003. Such production shall commence as soon as possible and must be reasonably completed twenty (20) days from the date of this order.

It is FURTHER ORDERED, pursuant to Fed R. Civ. P. 37(a)(4), that Sierra shall pay Valve its reasonable expenses in bringing this motion, including its attorneys fees, the amount of which will be determined by further proceedings of this Court.

DATED _____, 2003.

_____
Judge Thomas S. Zilly
United States District Court

Presented by:

PRESTON GATES & ELLIS LLP

By: _____
Karl J. Quackenbush, WSBA #9602
Jason P. Holtman, WSBA # 28233

Attorneys for Plaintiff
Valve, LLC

ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL
DISCOVERY - 2

K:\36063\00014\JPH\JPH_P2207

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022