02-CV-01683-CERT

Honorable Thomas S. Zilly
Set for Hearing August 29, 2003
(no oral argument requested)

ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE, L.L.C., a Washington Limited Liability Company,

    Plaintiff,

v.

SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware Corporation,

    Defendant.

No. C 02-1683Z

CERTIFICATE OF SERVICE

    The undersigned declares, I am not a party to the above matter; that I am over the age of 21 years and qualified to make this declaration. On the date below-written, I caused to be served the Plaintiff's Motion to Compel Discovery, Declaration of Jason P. Holtman; Declaration of Dennis Tessier, Proposed Order and Certificate of Service by legal messenger upon:

    Robert J. Carlson
    Mark P. Walters
    Christensen O'Connor Johnson Kindness
    1420 Fifth Avenue, Suite 2800
    Seattle, WA  98101-2347

DATED this 14th day of August, 2003.

_____
Linda F. Gage

CERTIFICATE OF SERVICE - 1

K:\36063\00014\JPH\JPH_P21NY

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE: (206) 623-7022