Honorable Thomas S. Zilly

02-CV-01683-DECL

ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington Limited Liability Company,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware Corporation,<br><br>　　　　　　　　　　　　Defendant. | No. C 02-1683Z<br><br>DECLARATION OF<br>DENNIS M. TESSIER |

I, DENNIS M. TESSIER, DECLARE AS FOLLOWS:

1. I am a citizen of the United States and resident of the State of Washington, over the age of 18 years, not a party to the above-entitled action, and am competent to be a witness herein. I am a Paralegal employed at Preston Gates and Ellis LLP. My business address is 925 Fourth Avenue, Suite 2900, Seattle, Washington 98104, (206) 623-7580. I make the following declaration on personal knowledge.

2. On July 2, 2003, I logged on to the website identified as http://www.amdg.net.ph ("AMDG") and then proceeded to copy the complete webpage to a folder on my office computer called WebPageCapture\AMDG.

DECLARATION OF
DENNIS M. TESSIER - 1

K:\36063\00014\XDT\XDT_P20SR

ORIGINAL

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

3. On July 2, 2003, I logged on to the website identified as http://pbase.com/ivan168 ("PBASE") and then proceed to copy the complete webpage to a folder on my office computer called WebPageCapture\PBASE.

4. On July 2, 2003, I caused the above mentioned AMDG and PBASE files containing copies of the webpages http://www.amdg.net.ph and http://pbase.com/ivan168 to be saved onto a CD ROM disc and then caused this specific disc to be sufficiently marked for identification sealed in an envelope.

5. The saved AMDG and PBASE files are true and correct copies of the webpages http://www.amdg.net.ph and http://pbase.com/ivan168 as they were live on the internet as of July 02, 2003 and have not been altered in any fashion whatsoever from original capture to storage.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed this 2nd day of July, 2003 at Seattle, Washington.

_____
Dennis M. Tessier

DECLARATION OF
DENNIS M. TESSIER - 2

K:\36063\00014\XDT\XDT_P20SR

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## WHAT'S NEW

The Asian Media Development Group (AMDG) finally revamps its new website with better graphics and cool new features!..Check it Out!

---

Calling all Network Game Centers! You are all invited to the register with the Philippine National Gaming Association (PNGA)..Register now and be part of the Alliance!

---

Watch out for the Philippine National Gaming Association (PNGA) Website..Coming Soon!

## LICENSES

AMDG offers Commercial Site Licenses for Blizzard & Sierra Games!

Network Gaming Centers may now enjoy playing Vivendi Universal Games legitimately. AMDG now offers a promotional Commercial Site Licenses **STARTER PACK** for Blizzard & Sierra award winning games. Included in this package are the new hit games **"Warcraft III: Reign of Chaos"** and the phenomenal **"Half-Life: Counter Strike"**.

Along with these FREE titles **"Aliens vs. Predator"**, **"Empire Earth"**, **"Diablo II"** and **"StarCraft"**.

Take advantage of this super offer now! Call AMDG at **757-5000** or **911-AMDG** for inquiries.




VIVENDI UNIVERSAL PUBLISHING


SIERRA

All Rights Reserved © Asian Media Development Group 2002

# CD-ROM containing full AMDG website not included.

"License" advertisement from AMDG website was printed from CD-ROM containing AMDG website and is included herewith for reference.