**CHRISTENSEN O'CONNOR JOHNSON KINDNESS**ᴾᴸᴸᶜ

Law Offices

Intellectual Property Law
and Related Litigation

1420 Fifth Avenue, Suite 2800
Seattle, Washington 98101-2347

206.682.8100 *phone*
206.224.0779 *fax*
www.cojk.com

August 19, 2003

Docket Clerk to the Hon. Thomas S. Zilly
410 U.S. Courthouse
1050 5th Avenue
Seattle, WA 98104

Re:   *Valve, LLC v. Sierra Entertainment, Inc.*
      USDC Western District of Washington
      Case No. CV02-1683Z
      Our Reference: VIUP-6-2343

Dear Consuelo:

This letter relates to Document No. 15, Defendant's Motion for a Protective Order, which is currently noted for consideration on August 25, 2003. Pursuant to an agreement reached with counsel for the Plaintiff, Sierra would like to re-note its Motion for a Protective Order to be considered contemporaneously with Plaintiff's Motion to Compel on August 29, 2003. The briefing schedule for both Motions will be the same; briefs filed in opposition to the respective motions will be due August 25, and the parties' reply briefs will be due on August 28. If the Court or opposing counsel has any questions regarding the foregoing they are asked to call the undersigned attorney, Mark Walters, at the number provided below.

Very truly yours,

CHRISTENSEN O'CONNOR
JOHNSON KINDNESSᴾᴸᴸᶜ

s / Mark P. Walters

Mark P. Walters
Direct Dial No.: 206.695.1731
E-Mail Address: walterm@cojk.com

MPW:skh

cc:   Jason Holtman
      Robert J. Carlson

VIUP\2343L18.DOC