Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SIERRA ENTERTAINMENT, INC., (aka SIERRA ON-LINE, INC.),<br><br>　　　　　　　Defendant. | No. CV02-1683<br><br>CERTIFICATE OF SERVICE FOR ELECTRONIC FILING - SERVICE BY ELECTRONIC NOTIFICATION OR BY MAIL (OR HAND DELIVERY) |

　　　I hereby certify that on August 25, 2003, I electronically filed Sierra's Response Brief in Opposition to Valve's Motion to Compel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

　　　Karl J. Quackenbush, Esq.
　　　Jason P. Holtman, Esq.
　　　PRESTON GATES & ELLIS LLP
　　　Attorneys for Plaintiff Valve, L.L.C.

　　　Additionally, I hereby certify that I have caused Sierra's Response Brief in Opposition to Valve's Motion to Compel to be served via hand delivery to the following:

　　　　　　Jason P. Holtman, Esq.
　　　　　　Preston Gates & Ellis
　　　　　　925 Fourth Avenue, Suite 2900
　　　　　　Seattle, WA 98104
　　　　　　Attorneys for Plaintiff Valve, L.L.C.

CERTIFICATE OF SERVICE (CV02-1683) - 1
VIUP\2343COS.DOC

CHRISTENSEN O'CONNOR JOHNSON KINDNESS℠
LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

Dated this 25th day of August, 2003

                                                      s/ Mark P. Walters
                                                      Robert J. Carlson, WSBA No. 18,455
                                                      E-mail: carlson@cojk.com

CERTIFICATE OF SERVICE (CV02-1683) - 2
VIUPVIUP\2343COS.DOC

CHRISTENSEN O'CONNOR JOHNSON KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100