CC TO JUDGE __DJ__

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

AUG 2 5 2003  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

ORIGINAL

Honorable Thomas S. Zilly
**Set for Hearing August 29, 2003**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware Corporation,<br><br>Defendant. | No. C 02-1683Z<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY; DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER; AND AMENDING THE CASE SCHEDULE |

THIS MATTER having come on for hearing before the undersigned Judge of the above-entitled Court, and the Court having considered the moving and responding papers of both plaintiff's Motion to Compel and defendant's Motion for Protective Order, the relevant supporting declarations, and other pleadings on file herein, the Court grants plaintiff's motion to compel discovery, denies defendant's motion for protective order, and amends the case schedule as set forth below. The Court also awards to plaintiff its reasonable expenses in bringing its motion to compel and opposing defendant's motion for protective order, including its attorneys fees, in an amount to be determined by further proceedings of this Court.

02-CV-01683-PRO

ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL DISCOVERY,
DENYING DEFENDANT'S MOTION
FOR PROTECTIVE ORDER, AND
AMENDING CASE SCHEDULE- 1

K:\36063\00014\JPH\JPH_P220W

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**ORDER**

IT IS ORDERED, therefore, that Valve's motion to compel discovery from Sierra and its affiliates (including, but not limited to, Vivendi Universal Games, Vivendi Universal Publishing Company, Vivendi Universal Interactive Publishing International, S.A., and Vivendi Universal Games Asia Pacific Pte, Ltd. (its "Affiliates")) is GRANTED. Sierra's objection to producing documents and information based upon a claim of "extraterritoriality" and/or the claim that such documents need not be produced because they are kept outside the United States lacks merit. Sierra shall produce materials and information from its (and its Affiliates') domestic and foreign offices as requested by Valve in its First Set of Request for Production and First Set of Interrogatories dated April 10, 2003. Such production shall commence as soon as possible and must be reasonably completed forty (40) days from the date of this order. Sierra shall produce materials on a rolling basis as they become available during this time period.

It is FURTHER ORDERED, that Sierra's motion for protective order is DENIED.

It is FURTHER ORDERED, that in order to permit time for the ordered discovery to occur, the current pre-trial deadlines and trial date should be modified to allow additional time of approximately three months, as follows:

| | |
|---|---|
| (1) Disclosure of expert testimony under FRCP 26(a)(2) | Thursday, January 15, 2004 (formerly October 16, 2003) |
| (2) All motions relating to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter | Thursday, February 12, 2004 (formerly November 13, 2003 |
| (3) Discovery completed by: | Thursday, March 18, 2004 (formerly December 15, 2003 |

ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL DISCOVERY,
DENYING DEFENDANT'S MOTION
FOR PROTECTIVE ORDER, AND
AMENDING CASE SCHEDULE- 2

K:\36063\00014\JPH\JPH_P220W

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | |
|---|---|
| (4) All dispositive motions must be filed by and noted for the fourth Friday thereafter: | Thursday, April 15, 2004 (formerly January 14, 2004 |
| (5) Settlement conference per CR 39.1(c)(2) held no later than: | Friday, May 14, 2004 (formerly February 13, 2004) |
| (6) Mediation per CR 39.1(c)(3) held no later than | Friday, June 11, 2004 (formerly March 12, 2004) |
| (7) All motions in limine must be filed by and noted on the motions calendar no later than the second Friday thereafter: | Thursday, June 17, 2004 (formerly March 15, 2004) |
| (8) Agreed pretrial order due: | Monday, June 28, 2004 (formerly March 29, 2004) |
| (9) Pretrial conference to be held at 3:00 p.m. on: | Thursday, July 1, 2004 (formerly April 2, 2004) |
| (10) Trial briefs, proposed voir dire questions, jury instructions, and proposed findings of fact and conclusions of law: | Wednesday, July 7, 2004 (formerly April 7, 2004) |
| (11) TRIAL DATE  Length of Trial: 7-10 days | Monday, July 12, 2004 (formerly April 12, 2004) |

It is FURTHER ORDERED, pursuant to Fed R. Civ. P. 37(a)(4), that Sierra shall pay Valve its reasonable expenses in bringing this motion, including its attorneys fees, the amount of which will be determined by further proceedings of this Court.

DATED: _____.

_____
Judge Thomas S. Zilly
United States District Court

Presented by:

PRESTON GATES & ELLIS LLP

By: _____
Karl J. Quackenbush, WSBA #9602
Jason P. Holtman, WSBA # 28233
Attorneys for Plaintiff
Valve, LLC

ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL DISCOVERY,
DENYING DEFENDANT'S MOTION
FOR PROTECTIVE ORDER, AND
AMENDING CASE SCHEDULE- 3

K:\36063\00014\JPH\JPH_P220W

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE (206) 623-7022