CC TO JUDGE __DJ__

02-CV-01683-CERT

Honorable Thomas S. Zilly
Set for Hearing August 29, 2003
(no oral argument requested)

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

AUG 2 5 2003   DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE, L.L.C., a Washington Limited Liability Company,

        Plaintiff,

v.

SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware Corporation,

        Defendant.

No. C 02-1683Z

CERTIFICATE OF SERVICE

  The undersigned declares, I am not a party to the above matter; that I am over the age of 21 years and qualified to make this declaration. On the date below-written, I caused to be served the Plaintiff's Opposition to Sierra's Motion for Protective Order; Declaration of Jason Holtman in Opposition to Sierra's Motion for Protective Order; Proposed Order Granting Plaintiff's Motion to Compel Discovery; Denying Defendant's Motion for Protective Order; and Amending the Case Schedule, and Certificate of Service by legal messenger upon:

  Robert J. Carlson
  Mark P. Walters
  Christensen O'Connor Johnson Kindness
  1420 Fifth Avenue, Suite 2800
  Seattle, WA  98101-2347

  DATED this 25th day of August, 2003.

                _____
                Linda F. Gage

CERTIFICATE OF SERVICE - 1

K:\36063\00014\JPH\JPH_P21NY

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022