Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington limited liability company,<br><br>              Plaintiff,<br><br>        v.<br><br>SIERRA ENTERTAINMENT, INC., (aka SIERRA ON-LINE, INC.),<br><br>              Defendant. | No. CV02-1683<br><br>CERTIFICATE OF SERVICE FOR ELECTRONIC FILING - SERVICE BY ELECTRONIC NOTIFICATION OR BY MAIL (OR HAND DELIVERY) |

    I hereby certify that on August 28, 2003, I electronically filed Sierra's Reply in Support of its Motion for Protective Order, and Declaration of Kirstin Wineke in Support of Sierra's Motion for Protective Order, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Karl J. Quackenbush, Esq.
    Jason P. Holtman, Esq.
    PRESTON GATES & ELLIS LLP
    Attorneys for Plaintiff Valve, L.L.C.

    Additionally, I hereby certify that I have caused Sierra's Reply in Support of its Motion for Protective Order, and Declaration of Kirstin Wineke in Support of Sierra's Motion for Protective Order to be served via hand delivery to the following:

CERTIFICATE OF SERVICE (CV02-1683) - 1
VIUP\2343COS.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

Jason P. Holtman, Esq.
Preston Gates & Ellis
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Attorneys for Plaintiff Valve, L.L.C.

Dated this 28th day of August, 2003

                                      s / Robert J. Carlson
                                      Robert J. Carlson, WSBA No. 18,455
                                      E-mail: carlson@cojk.com

CERTIFICATE OF SERVICE (CV02-1683) - 2
VIUPVIUP\2343COS.DOC

CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100