02-CV-01683-ORD

FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP 0 8 2003

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

Honorable Thomas S. Zilly
Set for Hearing August 29, 2003

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

AUG 1 4 2003 DM

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington Limited Liability Company,<br><br>                   Plaintiff,<br><br>v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware Corporation,<br><br>                   Defendant. | No. C 02-1683Z<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY |

THIS MATTER having come on for hearing before the undersigned Judge of the above-entitled Court, and the Court having considered the moving and responding papers of both plaintiff and defendant, the relevant supporting declarations, other pleadings on file herein, the Court grants plaintiff's motion to compel discovery. The Court also awards to plaintiff its reasonable expenses in bringing this motion, including its attorneys fees, in an amount to be determined by further proceedings of this Court.

## ORDER

ORDERED, therefore that Valve's motion to compel discovery from Sierra and its affiliates (Vivendi Universal, Vivendi Universal Games, and Havas Interactive) is GRANTED. Sierra's objection to producing documents and information based upon a claim

ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL
DISCOVERY - 1

K:\36063\00014\JPH\JPH_P2207

*PRESTON GATES & ELLIS LLP*
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  of "extraterritoriality" and/or the claim that such documents need not be produced because
2  they are kept outside the United States lacks merit. Sierra shall produce materials and
3  information from its and its affiliates domestic and foreign offices as requested by Valve in its
4  First Set of Request for Production and First Set of Interrogatories dated April 10, 2003. Such
5  production shall commence as soon as possible and must be reasonably completed twenty
6  (20) days from the date of this order.

7  It is FURTHER ORDERED, pursuant to Fed R. Civ. P. 37(a)(4), that Sierra shall pay
8  Valve its reasonable expenses in bringing this motion, including its attorneys fees, the amount
9  of which will be determined by further proceedings of this Court.

10
11  DATED _____Sept. 8_____, 2003.
12
13
14                                  _____
                                    Judge Thomas S. Zilly
                                    United States District Court
15

16  Presented by:

17  PRESTON GATES & ELLIS LLP

18
19  By: _____
         Karl J. Quackenbush, WSBA #9602
20       Jason P. Holtman, WSBA # 28233

21  Attorneys for Plaintiff
    Valve, LLC
22
23
24
25
26

ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL
DISCOVERY - 2

K:\36063\00014\JPH\JPH_P2207

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE (206) 623-7022