02-CV-01683-ORD

FILED
LODGED
ENTERED
RECEIVED

SEP 0 9 2003

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPU

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE, L.L.C., a Washington Limited
Liability Company,

Plaintiff,

v.

SIERRA ENTERTAINMENT, INC. (AKA
SIERRA ON-LINE INC.), a Delaware
Corporation,

Defendant.

No.  C02-1683Z

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendant's motion for protective order, docket no. 15, is DENIED.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this _9th_ day of September, 2003.

BRUCE RIFKIN, Clerk

By _Casey Condon_

Casey Condon
Deputy Clerk

MINUTE ORDER   1–