_____FILED _____ENTERED
_____LODGED_____RECEIVED

**SEP 15 2003** KN

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

GO TO JUDGE____

**Honorable Thomas S. Zilly**
**Noted for Hearing September 24, 2003**

# ORIGINAL

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

VALVE CORPORATION, a Washington
corporation,

                                    Plaintiff,

        v.

SIERRA ENTERTAINMENT, INC. (AKA
SIERRA ON-LINE, INC.), a Delaware
Corporation,

                                    Defendant.

No. C 02-1683Z

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR LEAVE
TO FILE FIRST AMENDED
COMPLAINT

**02-CV-01683-PRO**

        THIS MATTER having come on for hearing before the undersigned Judge of the

above-entitled Court, and the Court having considered the moving and responding papers

relating to plaintiff's Motion for Leave to File First Amended Complaint, the relevant

supporting declarations, and other pleadings on file herein, it is hereby;

//

//

//

//

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR LEAVE
TO FILE FIRST AMENDED
COMPLAINT - 1

K:\36063\00014\KJB\KJB_P20HD

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1    //

2

3       ORDERED that Valve be allowed to file its First Amended Complaint for Copyright

4 Infringement and Breach of Contract.  The First Amended Complaint will date back to the

5 date of the filing of the original Complaint.

6

7 DATED _____, 2003.

8

9

10                    _____

11                    Judge Thomas S. Zilly
                   United States District Court

12

13 Presented by:

14 PRESTON GATES & ELLIS LLP

15

16 By: _____
       Karl J. Quackenbush, WSBA #9602
17        Jason P. Holtman, WSBA # 28233

18 Attorneys for Plaintiff
Valve, LLC

19

20

21

22

23

24

25

26 [PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR LEAVE
TO FILE FIRST AMENDED
COMPLAINT - 2

K:\36063\00014\KJB\KJB_P20HD

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022