CC TO JUDGE __DJ__

**02-CV-01683-CERT**

Honorable Thomas S. Zilly
Set for Hearing August 29, 2003
(no oral argument requested)

____ FILED    ____ ENTERED
____ LODGED   ____ RECEIVED

AUG 25 2003  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware Corporation,<br><br>Defendant. | No. C 02-1683Z<br><br>CERTIFICATE OF SERVICE |

The undersigned declares, I am not a party to the above matter; that I am over the age of 21 years and qualified to make this declaration. On the date below-written, I caused to be served the Plaintiff's Opposition to Sierra's Motion for Protective Order; Declaration of Jason Holtman in Opposition to Sierra's Motion for Protective Order; Proposed Order Granting Plaintiff's Motion to Compel Discovery; Denying Defendant's Motion for Protective Order; and Amending the Case Schedule, and Certificate of Service by legal messenger upon:

Robert J. Carlson
Mark P. Walters
Christensen O'Connor Johnson Kindness
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347

DATED this 25th day of August, 2003.

_____
Linda F. Gage

CERTIFICATE OF SERVICE - 1

K:\36063\00014\JPH\JPH_P21NY

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022