02-CV-01683-STIP

Honorable Thomas S. Zilly

FILED ___ ENTERED
___ LODGED ___ RECEIVED
SEP 1 9 2003  KN
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED
SEP 2 3 2003
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE, L.L.C., a Washington Limited Liability Company,

Plaintiff,

v.

SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware Corporation,

Defendant.

No. C 02-1683Z

STIPULATION AND [PROPOSED] ORDER RENOTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND EXTENDING TIME FOR PARTIES TO FILE OPPOSITION AND REPLY

## STIPULATION

On September 15, 2003, Plaintiff Valve, L.L.C. ("Valve") filed its Motion for Leave to File First Amended Complaint. Plaintiff's motion is currently noted for September 24, 2003. The parties, by and through their undersigned counsel of record, have conferred and stipulate that:

1. Plaintiff Valve's Motion for Leave to File First Amended Complaint should be re-noted for October 1;

2. Defendant Sierra Entertainment, Inc.'s opposition brief will be due on September 26, 2003; and

STIPULATION AND PROPOSED ORDER RENOTING
PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED
COMPLAINT AND EXTENDING TIME FOR PARTIES TO FILE
OPPOSITION AND REPLY - 1
Case No. C02-1683Z
K:\36063\00014\KJQ\KJQ_P20LH

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

ORIGINAL

3.      Plaintiff Valve's reply brief will be due on September 30, 2003.

DATED this 19th day of September, 2003.

| PRESTON GATES & ELLIS LLP | CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC |
|---|---|
| By: *(signature)* <br> Karl J. Quackenbush, WSBA # 9602 <br> Jason P. Holtman, WSBA # 28233 <br> Attorneys for Plaintiff <br> Valve, L.L.C. | By: *(signature)* <br> F. Ross Boundy, WSBA # 403 <br> Robert J. Carlson, WSBA # 18455 <br> Mark P. Walters, WSBA # 30819 <br> Attorneys for Defendant <br> Sierra Entertainment, Inc. |

## ORDER

Based upon the parties' stipulation, it is hereby

Ordered that Plaintiff Valve, L.L.C.'s Motion for Leave to File First Amended Complaint is re-noted for October 1, 2003. It is hereby further

ORDERED that Defendant Sierra Entertainment, Inc.'s opposition brief is due September 26, 2003, and it is hereby further

ORDERED that Plaintiff Valve, L.L.C.'s reply brief is due September 30, 2003.

Dated this 22nd day of September, 2003

*(signature)*
Judge Thomas S. Zilly
United States District Court

Presented by:

PRESTON GATES & ELLIS LLP

By: *(signature)*
Karl J. Quackenbush, WSBA # 9602
Jason P. Holtman, WSBA # 28233
Attorneys for Plaintiff
Valve, L.L.C.

STIPULATION AND PROPOSED ORDER RENOTING
PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED
COMPLAINT AND EXTENDING TIME FOR PARTIES TO FILE
OPPOSITION AND REPLY - 2
Case No. C02-1683Z

K:\36063\00014\KJQ\KJQ_P20LH

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1
2  CHRISTENSEN O'CONNOR JOHNSON
    KINDNESS PLLC
3
4  By: _____
    F. Ross Boundy, WSBA # 403
5   Robert J. Carlson, WSBA # 18455
    Mark P. Walters, WSBA # 30819
6   Attorneys for Defendant
    Sierra Entertainment, Inc.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26 STIPULATION AND PROPOSED ORDER RENOTING
   PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED
   COMPLAINT AND EXTENDING TIME FOR PARTIES TO FILE
   OPPOSITION AND REPLY - 3
   Case No. C02-1683Z

   K:\36063\00014\KJQ\KJQ_P20LH

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022