Honorable Thomas S. Zilly
Original Motion Noted for Hearing September 24, 2003

CC TO JUDGE __DJ__

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

SEP 23 2003    DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware corporation,<br><br>Defendant. | Civil Action No. CV02-1683<br><br>PLAINTIFF'S NOTICE WITHDRAWING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT<br><br>02-CV-01683-NTC |

Plaintiff Valve, LLC ("Valve") hereby withdraws its motion requesting that the Court enter an order granting it leave to amend its Complaint for Copyright Infringement, originally set for September 24, 2003, without oral argument.

DATED September 23, 2003.

PRESTON GATES & ELLIS LLP

By _____
Karl J. Quackenbush, WSBA #9602
Jason P. Holtman, WSBA #28233
Attorneys for Plaintiff Valve Corporation

NOTICE WITHDRAWING MOTION TO FILE FIRST
AMENDED COMPLAINT - 1
K:\36063\00014\JPH\JPH_P222T

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Honorable Thomas S. Zilly
**Original Motion Set for Hearing September 24, 2003**
(no oral argument requested)

CC TO JUDGE DJ

___FILED ___ENTERED
___LODGED ___RECEIVED

SEP 23 2003  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware Corporation,<br><br>Defendant. | No. C 02-1683Z<br><br>CERTIFICATE OF SERVICE |

The undersigned declares, I am over the age of 21 years, not a party to the above matter; and am qualified to make this declaration. On the date below-written, I caused to be served the Plaintiff's Notice Withdrawing Motion to Amend Complaint, and Certificate of Service by fax upon the following:

Annette Hurst, Esq.
Howard Rice Nemerovski Canady
Falk & Rabkin, P.C.
Three Embarcadero Center
7th Floor
San Francisco, CA 94111

Mr. Robert J. Carlson
Christensen, O'Connor, Johnson &
Kindness PLLC
1420 Fifth Avenue
Suite 2800
Seattle, WA 98101-2347

Michael R. Scott
Hillis, Clark, Martin & Peterson
500 Galland Building
1221 Second Avenue
Seattle, WA 98101-2925

DATED this 23rd day of September, 2003.

_____
Linda F. Gage

CERTIFICATE OF SERVICE - 1

K:\36063\00014\JPH\JPH_P21NY

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022