UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| | |
|---|---|
| VALVE, L.L.C., <br><br> Plaintiff. <br><br> Vs. <br><br> SIERRA ENTERTAINMENT, INC. <br><br> Defendant. | CASE NUMBER CV –02-1683 |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, <u>Kimberly A. Bliss</u> hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the <u>Defendant, Sierra Entertainment, Inc</u>. This application is based upon the following:

The particular need for my appearance and participation is: I am an associate of Annette L. Hurst, who has been retained as lead counsel for Defendant Sierra Entertainment and for proposed new Defendants Vivendi Universal Games and Vivendi Universal.

I, <u>Kimberly A. Bliss</u>, understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no pending disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date 9/22/03   Signature of applicant _____

**I have enclosed the required filing fee of $50.00**

Receipt number (to be completed by the court):

**ORIGINAL**



03-CV-01683-MISC

> ANNETTE L. HURST (*pro hac vice* pending)
> SIMON J. FRANKEL (*pro hac vice* pending)
> KIMBERLY A. BLISS (*pro hac vice* pending)
> HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
> A Professional Corporation
> Three Embarcadero Center, 7th Floor
> San Francisco, California 94111-4024
> Telephone:    415/434-1600
> Facsimile:    415/217-5910

## STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant <u>Kimberly A. Bliss</u> is unable to be present upon any date assigned by the court.

DATED this __24th__ day of __September__, 20__03__.

_____
Signature of local counsel

---

LOCAL COUNSEL NAME AND BAR NUMBER:  MICHAEL R. SCOTT (No. 12822)

LAW FIRM:  HILLIS CLARK MARTIN & PETERSON, P.S.

LOCAL COUNSEL'S ADDRESS:  500 Galland Building
1221 Second Avenue
Seattle, WA  98101-2925
Telephone:    206/623-1745

---

### ORDER

IT IS ORDERED that the application of <u>Kimberly A. Bliss</u> to appear and participate in this action is hereby approved.

DATED this __26__ day of __September__, 20__03__.

BRUCE RIFKIN, CLERK
UNITED STATES DISTRICT COURT

BY: _____