The Honorable Thomas S. Zilly

**CC TO JUDGE DJ**

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

02-CV-01683-NTC

SEP 24 2003    DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

VALVE, L.L.C., a Washington limited liability company,

    Plaintiff,

vs.

SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC.), a Delaware corporation,

    Defendant.

NO. 02-01683Z

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT SIERRA ENTERTAINMENT INC.**

TO:    ALL PARTIES

YOU AND EACH OF YOU are hereby notified that Christensen, O'Connor, Johnson & Kindness hereby withdraw as attorneys for defendant Sierra Entertainment, Inc. in the above-entitled action.

DATED this 23 day of September, 2003.

CHRISTENSEN O'CONNOR JOHNSON & KINDNESS

By _____
F. Ross Boundy, WSBA #403
Robert J. Carlson, WSBA #18455
Mark P. Walters, WSBA #30819

*Notice of Withdrawal and Substitution of Counsel for Defendant - Page 1 of 2*

**ORIGINAL**

HILLIS CLARK MARTIN & PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

1  YOU AND EACH OF YOU are hereby further notified that Hillis Clark Martin &
2  Peterson, P.S. and Michael R. Scott hereby enter their appearance on behalf of defendant
3  Sierra Entertainment, Inc. in the above-entitled action.
4  DATED this 24th day of September, 2003.

HILLIS CLARK MARTIN & PETERSON, P.S.

By _____
Michael R. Scott, WSBA #12822
500 Galland Building
1221 Second Avenue
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
e-mail: mrs@hcmp.com

HOWARD RICE NEMEROVSKI CANADY FALK &
RABKIN, A PROFESSIONAL CORPORATION
Annette L. Hurst
Simon J. Frankel
Kimberly A. Bliss
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024
Telephone: (415) 434-1600
Facsimile: (415) 217-5910
e-mail: ahurst@howardrice.com

Attorneys for Defendant
Sierra Entertainment, Inc.

#255435 13000-004 5h3f01!.doc  9/23/03

*Notice of Withdrawal and Substitution of Counsel for Defendant -Page 2 of 2*

HILLIS CLARK MARTIN &
PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789