02-CV-01683-ORD

S DISTRICT COURT
CT OF WASHINGTON

FILED LODGED ENTERED RECEIVED
SEP 26 2003
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY
MR

## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| VALVE, L.L.C., | |
|---|---|
| Plaintiff. | |
| Vs. | CASE NUMBER CV-02-1683 |
| SIERRA ENTERTAINMENT, INC. | |
| Defendant. | 02-CV-01683-APPL |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, <u>Annette L. Hurst</u> hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the <u>Defendant, Sierra Entertainment, Inc</u>. This application is based upon the following:

The particular need for my appearance and participation is: I have been retained as lead counsel for Defendant Sierra Entertainment and for proposed new Defendants Vivendi Universal Games and Vivendi Universal. I have substantial prior experience in litigating intellectual property and business disputes involving the video game industry.

I, <u>Annette L. Hurst</u>, understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no pending disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date __9/22/03__    Signature of applicant __Annette L. Hurst__

**I have enclosed the required filing fee of $50.00**

Receipt number (to be completed by the court): _____

# ORIGINAL

> ANNETTE L. HURST (*pro hac vice* pending)
> SIMON J. FRANKEL (*pro hac vice* pending)
> KIMBERLY A. BLISS (*pro hac vice* pending)
> HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
> A Professional Corporation
> Three Embarcadero Center, 7th Floor
> San Francisco, California 94111-4024
> Telephone:    415/434-1600
> Facsimile:    415/217-5910

## STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant <u>Annette L. Hurst</u> is unable to be present upon any date assigned by the court.

DATED this __24th__ day of __September__, 20 03.

_____
Signature of local counsel

---

LOCAL COUNSEL NAME AND BAR NUMBER: MICHAEL R. SCOTT (No. 12822)

LAW FIRM: HILLIS CLARK MARTIN & PETERSON, P.S.

LOCAL COUNSEL'S ADDRESS: 500 Galland Building
1221 Second Avenue
Seattle, WA 98101-2925
Telephone:    206/623-1745

---

### ORDER

**IT IS ORDERED** that the application of <u>Annette L. Hurst</u> to appear and participate in this action is hereby approved.

DATED this __26__ day of __September__, 20 03.

BRUCE RIFKIN, CLERK
UNITED STATES DISTRICT COURT

BY: _____