The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

VALVE LLC, a Washington limited liability company,

Plaintiff,

vs.

SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC.), a Delaware corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation; and VIVENDI UNIVERSAL, S.A., a French foreign corporation,

Defendants.

SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC.), a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,

Counter-Claimants,

vs.

VALVE LLC, a Washington limited liability company; GABE NEWELL and JANE DOE NEWELL, husband and wife, and the marital community composed thereof; and SCOTT LYNCH and JANE DOE LYNCH, husband and wife, and the marital community composed thereof,

Counterclaim Defendants.

No. CV02-1683Z

DECLARATION OF SARAH M. KING ATTACHING EMAILS RE DEFENDANTS' DOCUMENT COLLECTION EFFORTS



HILLIS CLARK MARTIN & PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

I, Sarah M. King, state as follows:

1. I am admitted to practice before the Bar of the State of California and to this Court *pro hac vice* pursuant to the Court's December 30, 2003, Order. I am an attorney at the law firm of Howard, Rice, Nemerovski, Canady, Falk and Rabkin, A Professional Corporation, Three Embarcadero Center, Seventh Floor, San Francisco, California 94111, counsel to Defendants Sierra Entertainment, Inc. ("Sierra"), Vivendi Universal Games, Inc. ("VUG") and Vivendi Universal, S.A. ("VU"), (collectively "Defendants") in the above captioned action.

2. I make this declaration in response to the Court's request on Friday, February 27, 2004, that I submit copies of the emails requesting documents responsive to Plaintiff's document requests for the Court's in-chambers inspection.

3. Attached hereto as Exhibit A is a true and accurate copy of an October 1, 2003 email from Pamela Teller to Michael Tan Seong Par, Chantal Veillon-Berteloot, and Murielle Sitruk.

4. Attached hereto as Exhibit B is a true and accurate copy of an October 1, 2003 email from Pamela Teller to Myriam Claire Lamy and Sabrina Munoz.

5. Attached hereto as Exhibit C is a true and accurate copy of an October 2, 2003 email from Michael Tan Seong Par to Hubert Laurenadie, Franck Villet, Mark Warburton, Quach Quang Dong, Jungwon Hahn, Michael Fong, Timothy Wang, Pascal Brochier, Karen Watson, Olivier Mathieu, Fabien Souffi, Kirstin Wineke, Steve Voorma, Chloe Rothwell, Thomas Behagel, and Kim Watt.

6. Attached hereto as Exhibit D is a true and accurate copy of an October 2, 2003 email from Chantal Veillon-Berteloot to Julie Chalmette, Andreas Henzler, Frank Matzke, Andreas Eck, Susanne Kiel, George Georgiou, Natalie Glynn, Adam Roberts, Thomas Paincon, Cristiana Bianchi Di Lavagna, Clement Debetz, Benoit Boutte, Stefania Vanerio, Philippe Thomazo, Frederic Holsteins, Birgit Kramer, Herve Pillot, Karine Leberre, Estelle Dubernard, Jon Sloan, Valerie Poisson, and copied to Michael Fuller,



HILLIS CLARK MARTIN & PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

Myriam Lamy, Sabrina Munoz, Murielle Sitruk, Stefan Nussbaum, Christophe Ramboz, Pierre Lansonneur, Sara Cantoni, and Mario Mompean.

7. Attached hereto as Exhibit E is a true and accurate copy of an October 13, 2003 email from Pamela Teller to Michael Kaplan, Jenni Carlson, Deanna Erikson, Chloe Rothwell, and Cris Schenk. The email that falls at the beginning of a chain that ends with an email from Pamela Teller to Kimberly Bliss, the Howard Rice attorney who preceded me, dated October 14, 2003.

8. Attached hereto as Exhibit F is an October 24, 2003 email from Pamela Teller to Dawn Gonzalez, Adam Fossa, Rich Robinson, Michael Kaplan, Cris Schenk, Philip O'Neil, Deana Erickson, Patrick Sweeney, Brad Beegle, Jim McKee, Nicholas Longano, Stephen Farr-Jones, Olivia Bellingham, Pierre Lansonneur, Sophie Paccoud, Valerie Poisson, Pete Della Penna, Jennifer Alas, Rod Rigole, Daniel Trunk, Leslie Hollingshead, and Sylvia Whiteshield.

9. Attached hereto as Exhibit G is a November 4, 2003 email from Pamela Teller to Edward Zinser.

10. Attached hereto as Exhibit H is a true and accurate copy of a December 15, 2003 email from Eric Roeder to Luc Vanhal, Hubert Joly, and Christophe Ramboz. The email falls at the beginning of a chain that ends with an email from Pamela Teller to me dated December 16, 2003.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was hereby executed at San Francisco, California on March 1, 2004.

Sarah King

SARAH M. KING



HILLIS CLARK MARTIN & PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALVE LLC, a Washington limited liability company,<br>Plaintiff,<br>vs.<br>SIERRA ENTERTAINMENT INC. (AKA SIERRA ON LINE, INC.), a Delaware corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation; and VIVENDI UNIVERSAL, S.A., a French foreign corporation,<br>Defendants. | NO. 02-01683<br><br>**DECLARATION OF SARAH M. KING ATTACHING EMAILS RE DEFENDANTS' DOCUMENT COLLECTION EFFORTS** |
| SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC.), a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,<br>Counter-Claimants,<br>vs.<br>VALVE LLC, a Washington limited liability company; GABE NEWELL and JANE DOE NEWELL, husband and wife and the marital community composed thereof; and SCOTT LYNCH and JANE DOE LYNCH, husband and wife and the marital community composed thereof,<br>Counterclaim Defendants. | **EXHIBITS A – H**<br><br>**PRODUCED FOR *IN CAMERA* REVIEW** |



HILLIS CLARK MARTIN & PETERSON, P.S.
500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789