The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALVE LLC, a Washington limited liability company,<br>Plaintiff,<br>vs.<br>SIERRA ENTERTAINMENT INC. (AKA SIERRA ON LINE, INC.), a Delaware corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation; and VIVENDI UNIVERSAL, S.A., a French foreign corporation,<br>Defendants. | NO. 02-01683<br><br>**CERTIFICATE OF SERVICE** |
| SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC.), a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,<br>Counter-Claimants,<br>vs.<br>VALVE LLC, a Washington limited liability company; GABE NEWELL and JANE DOE NEWELL, husband and wife, and the marital community composed thereof; and SCOTT LYNCH and JANE DOE LYNCH, husband and wife, and the marital community composed thereof,<br>Counterclaim Defendants. | |

HILLIS CLARK MARTIN & PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

I hereby certify that on __1st__ day of **March, 2004**, I electronically filed ***Declaration of Sarah M. King Attaching Emails Re Defendants' Document Collection Efforts and this Certificate of Service*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Karl J. Quackenbush
PRESTON GATES & ELLIS LLP
2900 IDX Tower
925 Fourth Avenue
Seattle, WA 98104-1158

I further certify that on this day I also caused a copy of this document to be hand delivered to the last known address of the above-referenced counsel of record.

DATED this ____1st__ day of **March, 2004**.

HILLIS CLARK MARTIN & PETERSON, P.S.

By____s/_ Michael R. Scott _______________
Michael R. Scott, WSBA #12822
500 Galland Building
1221 Second Avenue
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
e-mail: mrs@hcmp.com

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, A PROFESSIONAL CORPORATION
Annette L. Hurst (admitted *pro hac vice*)
Sarah M King (admitted *pro hac vice*)
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024
Telephone: (415) 434.1600
Facsimile: (415) 217.5910
e-mail: sking@howardrice.com
Attorneys for Defendants
Sierra Entertainment, Inc. Vivendi Universal Games, Inc. and Vivendi Universal, S.A.