Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware Corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware Corporation; and VIVENDI UNIVERSAL, S.A., A French foreign corporation,<br><br>Defendants.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC., a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,<br><br>Counter-Claimants,<br><br>v.<br><br>VALVE, LLC, a Washington limited liability company; GABE NEWELL and JANE DOE NEWELL, husband and wife, and the marital community composed thereof; and SCOTT LYNCH and JANE DOE LYNCH, husband and wife, and the marital community composed thereof,<br><br>Counterclaim Defendants. | No. C 02-1683Z<br><br>PRAECIPE REGARDING PROPOSED ORDER ON PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS (NOTING DATE MARCH 26, 2004) |



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

You will please attach this corrected Proposed Order (adding paragraph regarding Counterclaim No. 4, Business Compulsion Against Valve) to the Renote of Proposed Order on Plaintiff's Motion to Dismiss Counterclaims, which was filed on March 1, 2004.

PRESTON GATES & ELLIS LLP

/s/ Jason P. Holtman
By
Karl J. Quackenbush, WSBA #9602
Jason P. Holtman, WSBA # 28233
Kristin J. Boraas, WSBA #32015
Attorneys for Plaintiff
Valve Corporation



PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022