The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

VALVE LLC, a Washington limited liability company,

Plaintiff,

vs.

SIERRA ENTERTAINMENT INC. (AKA SIERRA ON LINE, INC.), a Delaware corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation; and VIVENDI UNIVERSAL, S.A., a French foreign corporation,

Defendants.

NO. 02-01683

**SUPPLEMENTAL DECLARATION OF SARAH M. KING ATTACHING EMAILS RE DEFENDANTS' DOCUMENT COLLECTION EFFORTS**

SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC.), a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,

Counter-Claimants,

vs.

VALVE LLC, a Washington limited liability company; GABE NEWELL and JANE DOE NEWELL, husband and wife and the marital community composed thereof; and SCOTT LYNCH and JANE DOE LYNCH, husband and wife and the marital community composed thereof,

Counterclaim Defendants.

**SUPPLEMENTAL DECLARATION AND ACCOMPANYING EXHIBITS PRODUCED FOR *IN CAMERA* REVIEW**



HILLIS CLARK MARTIN & PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789