

02-CV-01683-DECL

FILED
LODGED ENTERED
RECEIVED
MAR 1 0 2004 MR
BY CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

VALVE, LLC,

  Plaintiff,

vs.

SIERRA ENTERTAINMENT, INC. aka SIERRA ON
LINE, INC., et al,

  Defendant(s).

No. CV02-1683Z

**DECLARATION OF SERVICE**

**AMENDED**

STATE OF WASHINGTON

COUNTY OF KING

ss.

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on the 29th day of January, 2004 @ 7:40 PM, at the address of **2225 E Highland Dr, Seattle**, within KING County, Washington, the undersigned duly served the following document(s): **SUMMONS IN A CIVIL CASE; JURY DEMAND; ANSWER, AFFIRMATIVE DEFENSES and AMENDED COUNTERCLAIMS OF SIERRA ENTERTAINMENT, INC., and VIVENDI UNIVERSAL GAMES, INC.** in the above entitled action upon **GABE NEWELL and JANE DOE NEWELL**, by then and there, at the residence and usual place of abode of said person(s), personally delivering a true and correct copy(ies) of the above documents into the hands of and leaving same with **Lisa Mennet, Resident,** being a person of suitable age and discretion, commonly known as age 16 or older, then resident there in.Left two copies on behalf of the marital community at the usual place of abode of said defendants.

**I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:**

Declarant further states that he/she is informed and believes, and therefore alleges, that neither of said defendants is in the military service of the United States.

Date: 3/9/04

Service Fee:     $
Return Fee:      $
Mileage Fee:     $
Misc. Fee:       $
Total Fee:       $ 33.50

Alex Conley, III
Registered Process Server
License #: 9402173
NW Legal Support, Inc.
526 Yale Ave N, Suite A
Seattle, WA 98109
(206) 223-9426