# EXHIBIT R

Case 2:02-cv-01683-TSZ-MAT   Document 127-19   Filed 04/15/04   Page 1 of 2

**Preston|Gates|Ellis** LLP

April 7, 2004

Linda Q. Foy
Howard, Rice, Nemerovski, Canady, Falk & Rabkin, P.C.
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024

  *Re:*   *Valve Corporation v. Sierra Entertainment Inc., et. al.*
     *CR 37 Conference*

Dear Linda:

  This is in response to your letter of today, April 7, 2004. We received your letters of March 29, and responded on March 31, stating that we were investigating your concerns and were drafting reply letters. We are still working on this reply, which we expect will be completed shortly, and will be happy to meet and confer as soon as you have had a chance to review our response. We are available at 1 p.m. on Monday, April 12 or Tuesday, April 13 for the CR 37 conference.

  We are unaware of a second CR 37 request from you, as we have not received any communication from you since March 29.

          Very truly yours,

          PRESTON GATES & ELLIS LLP

          By
          Jason P. Holtman

JPH:kjb

cc:   Valve

K:\36063\00014\KJB\KJB_L200P

A LAW FIRM | A LIMITED LIABILITY PARTNERSHIP INCLUDING OTHER LIMITED LIABILITY ENTITIES

925 FOURTH AVENUE, SUITE 2900   SEATTLE, WA 98104-1158   TEL: (206) 623-7580   FAX: (206) 623-7022   www.prestongates.com
Anchorage   Coeur d'Alene   Hong Kong   Orange County   Portland   San Francisco   Seattle   Spokane   Washington, DC