02-CV-01683-ORD

Honorable Thomas S. Zilly

AUG 3 0 2004

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, a Washington corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware Corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware Corporation; and VIVENDI UNIVERSAL, S.A., A French foreign corporation,<br><br>                    Defendants. | No. C 02-1683Z<br><br>[PROPOSED] ORDER RE BRIEFING SCHEDULE AND PERMITTING CAPTION CHANGE |
| SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC., a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,<br><br>                    Counter-Claimants,<br><br>    v.<br><br>VALVE CORPORATION, a Washington Corporation, GABE NEWELL and LISA MENNET NEWELL, husband and wife, and the marital community composed thereof; and SCOTT LYNCH and JULIE LYNCH, husband and wife, and the marital community composed thereof,<br><br>                    Counterclaim Defendants. | |

[PROPOSED] ORDER RE BRIEFING
SCHEDULE AND PERMITTING
CAPTION CHANGE - 1

K:\36003\00014\UPH\UPH_P2206

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  The parties having stipulated for an order approving a briefing schedule on the Motion
2  for Partial Summary Judgment re Contractual Limitation and the Motion for Partial Summary
3  Judgment re Cyber-Café Rights ("the motions") filed by Sierra on August 5, 2004,
4  IT IS HEREBY ORDERED that:
5  The noting date for the Motions is hereby changed from August 27 to October 8, 2004.
6  Valve's Oppositions to the Motions, and Valve's Cross-Motions, if any, shall be due
7  on September 10, 2004; Sierra's Replies and Oppositions to Valve's Cross-Motions, if any,
8  shall be due on September 24, 2004; and Valve's Replies, if any, shall be due October 1,
9  2004.
10  The above briefing schedule is contingent on the deposition of Eric Roeder
11  commencing on August 31, 2004.
12  IT IS FURTHER ORDERED that the caption may be changed to reflect the following
13  changes: Valve LLC is now Valve Corporation; Jane Doe Newell's name is Lisa Mennet
14  Newell and Jane Doe Lynch's name is Julie Lynch.

15  Dated
    DONE IN OPEN COURT this 30th day of AUG, 2004.

18  JUDGE/COURT COMMISSIONER

19  Presented by:                          Approved as to Form;
                                           Approved for Entry:
20  PRESTON GATES & ELLIS LLP
                                           HOWARD RICE NEMEROVSKI CANADY
21                                         FALK & RABIN

22  By _____
    Karl J. Quackenbush, WSBA #9602
23  Jason P. Holtman, WSBA #28233          By _Sarah King_____
    Kristin J. Borass, WSBA #32015            Annette Hurst, pro hac vice
24  Attorneys for Plaintiff                   Linda Q. Foy, pro hac vice
    Valve Corporation                         Sarah M. King, pro hac vice
25
26

[PROPOSED] ORDER RE BRIEFING
SCHEDULE AND PERMITTING
CAPTION CHANGE - 2

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580