The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALVE CORPORATION, a Washington corporation,<br><br>              Plaintiff,<br>    vs.<br>SIERRA ENTERTAINMENT INC. (AKA SIERRA ON LINE, INC.), a Delaware corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation; and VIVENDI UNIVERSAL, S.A., a French foreign corporation,<br><br>              Defendants. | NO. 02-01683<br><br>**STIPULATION AND ORDER CONCERNING NOTING DATE FOR VALVE'S THIRD MOTION TO COMPEL DISCOVERY** |
| SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC.), a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,<br><br>              Counter-Claimants,<br>    vs.<br><br>VALVE CORPORATION, a Washington corporation; GABE NEWELL and LISA MENNET NEWELL, husband and wife and the marital community composed thereof; and SCOTT LYNCH and JULIE LYNCH, husband and wife and the marital community composed thereof,<br><br>              Counterclaim Defendants. | |

HILLIS CLARK MARTIN & PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

# I. STIPULATION

IT IS HEREBY STIPULATED by and between plaintiff and defendants, by and through their counsel of record, that Valve's Third Motion to Compel Discovery, presently noted for consideration on September 10, 2004, is re-noted for consideration on September 24, 2004.

DATED this 1st day of September, 2004.

                                                    PRESTON GATES & ELLIS LLP


                                                    By   s/ Jason P. Holtman
                                                       Karl J. Quackenbush, WSBA #9602
                                                       Jason P. Holtman, WSBA #28233
                                                       Kristin J. Boraas, WSBA #32015
                                      Attorneys for Plaintiff
                                      Valve LLC

                                      HILLIS CLARK MARTIN & PETERSON PS


                                      By   /s/ Michael R. Scott
                                                      Michael R. Scott, WSBA #12822

                                      HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
                                         Annette L. Hurst *(admitted pro hac vice)*
                                         Linda Q. Foy *(admitted pro hac vice)*
                                      Attorneys for Defendants
                                      Sierra Entertainment, Inc., Vivendi Universal Games, Inc., and Vivendi Universal, S.A.

## **ORDER**

IT IS SO ORDERED.

Dated this ____ day of _____, 2004.


                                                    _____
                                              JUDGE THOMAS S. ZILLY

*Stipulation and Order (02-01683) -- Page 3 of 3*

HILLIS CLARK MARTIN & PETERSON, P.S.
500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2004, I electronically filed the *Stipulation and Order Concerning Noting Date for Valve's Third Motion to Compel Discovery* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Karl J. Quackenbush -  karlq@prestongates.com

Jason P. Holtman -  jasonh@prestongates.com.

DATED this 1st day of September, 2004.

          HILLIS CLARK MARTIN & PETERSON, P.S.

          By____/s/ Sarah A. Dunne_____
              Michael R. Scott, WSBA #12822
              Sarah A. Dunne, WSBA #34869
              500 Galland Building
              1221 Second Avenue
              Seattle WA 98101-2925
              Telephone:  (206) 623-1745
              Facsimile:  (206) 623-7789
              e-mail:  mrs@hcmp.com, sad@hcmp.com

          HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, A PROFESSIONAL CORPORATION
              Annette L. Hurst (admitted *pro hac vice*)
              Sarah M King (admitted *pro hac vice*)
              Three Embarcadero Center, Seventh Floor
              San Francisco, CA 94111-4024
              Telephone:  (415) 434.1600
              Facsimile:  (415) 217.5910
              e-mail:  sking@howardrice.com
          Attorneys for Defendants
          Sierra Entertainment, Inc. Vivendi Universal Games, Inc. and Vivendi Universal, S.A.