Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware Corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware Corporation; and VIVENDI UNIVERSAL, S.A., a French foreign corporation,<br><br>    Defendants. | No. C 02-1683Z<br><br>**DECLARATION OF H. MICHAEL DUNKLE IN SUPPORT OF VALVE CORPORATION'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT RE CYBERCAFÉ**<br><br>Noted For: October 8, 2004 |
| SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC., a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,<br><br>    Counter-Claimants,<br><br>v.<br><br>VALVE CORPORATION, a Washington Corporation; GABE NEWELL and LISA MENNET NEWELL, husband and wife, and the marital community composed thereof; and SCOTT LYNCH and JULIE LYNCH, husband and wife, and the marital community composed thereof,<br><br>    Counterclaim Defendants. | |

DECLARATION OF MICHAEL
DUNKLE - 1

K:\36053\00014\KJB\KJB_P20U1

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

H. Michael Dunkle hereby declares as follows:

1. I am over the age of eighteen years and I am competent to make this declaration. I make this declaration based on my own personal knowledge.

2. I employed by Valve Corporation ("Valve") and have been since November 12, 2000. I am the Director of Valve's cybercafé program, and have held this position for over two years. Valve's cybercafé program involves licensing Valve's games and other software to cybercafés for commercial use on a pay-for-play basis. My duties include overall management and administration of Valve's cybercafé program, determining and implementing the technical requirements of the distribution software used when licensing cybercafés, promoting and marketing our programs, customer relations and advertising.

3. I am very familiar with the cybercafé market, particularly in Asia, which has a very strong cybercafé market. I have traveled to Asia several times to promote our cybercafé program and visit with customers and potential customers. In April, 2004, I visited Korea and met with the Director of the Korean Cybercafé Association, as well as individual cybercafés. Korea is the country with the largest cybercafé market currently. Online multiplayer computer gaming is extremely popular there, and Valve's CounterStrike game is the most popular game by far. Korean television regularly televises CounterStrike tournaments. I have spent time in many cybercafés in Asia and the U.S. and am familiar with the way that business is typically conducted. Cybercafés are also referred to as "net cafés," "LAN centers" or "location based entertainment" centers. Cybercafés are commercial businesses open to the public.

4. Cybercafés typically contain 10 to 50 networked computers with various games preinstalled and ready for play on each of individual computer. The cybercafé typically lists the games which are available for play on a board behind the counter or on the cybercafe's website. Customers come to the desk and indicate that they want to use a computer. The operator activates a computer and tells the customer which one to use. The

DECLARATION OF MICHAEL
DUNKLE - 2

K:\36063\00014\KJB\KJB_P20U1

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  customer uses the computer, typically for game play, as long as he wants and then returns to
2  the desk to pay for the time used. The cybercafé does not purchase or otherwise obtain copy
3  of the game or any other item from the cybercafé. No tangible thing changes hands. He is not
4  required to install anything on the computer because the software is preinstalled by the
5  cybercafé. The customer does not enter into a EULA before playing the game. The customer
6  simply pays for the time used. Occasionally the cybercafé will sell a block of time to a
7  customer in advance, like a prepaid calling card. Some cybercafés have retail packaged
8  product available for sale to customers, but this is not typical.

9      5.    Connection of computers via a LAN or through the internet allows players in a
10  cybercafé to compete against one another in multi-player games such as CounterStrike. Many
11  cybercafés, particularly in Asia, focus their business entirely on gaming and the gaming
12  community, thereby providing a forum for gamers to both play games and socialize. Multi-
13  player games such as CounterStrike are particularly popular in cybercafés. Counter-Strike
14  "teams" of 4-6 customers often come into a cybercafé together and arrange to sit at computers
15  near each other. These teams are often referred to in the gaming community as "clans," and
16  they will play multi-player games online against other teams. Cybercafés will often organize
17  and operate game tournaments and other related game-related events for their customers.

19  I declare under penalty of perjury that the foregoing is true and correct:

21  EXECUTED this 10th day of September, 2004 at Bellevue, Washington

                                                        *H. Michael Dunkle*

DECLARATION OF MICHAEL
DUNKLE - 3

K:\36063\00014\KJB\KJB_P20U1

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on September 10, 2004, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following,

| | |
|---|---|
| Annette Hurst/Sarah King/Linda Q. Foy<br>Howard Rice Nemerovski Canady<br>Falk & Rabkin, P.C.<br>Three Embarcadero Center<br>7th Floor<br>San Francisco, CA 94111 | Michael R. Scott<br>Hillis, Clark, Martin & Peterson<br>500 Galland Building<br>1221 Second Avenue<br>Seattle, WA 98101-2925 |

        /s/    Jason P. Holtman
        Karl J. Quackenbush, WSBA #9602
        Jason P. Holtman, WSBA # 28233
        Kristin J. Boraas, WSBA # 32015
Attorneys for Plaintiff
Valve Corporation
Tel: (206) 623-7580
Fax: (206) 623-7022
jasonh@prestongates.com

DECLARATION OF MICHAEL DUNKLE - 4

K:\36063\00014\KJB\KJB_P20TJ

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022