The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALVE CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SIERRA ENTERTAINMENT INC. (AKA SIERRA ON LINE, INC.), a Delaware corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation; and VIVENDI UNIVERSAL, S.A., a French foreign corporation,<br><br>    Defendants. | NO. 02-01683<br><br>DECLARATION OF KEVIN CROOK IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER |
| SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC.), a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,<br><br>    Counter-Claimants,<br><br>vs.<br><br>VALVE CORPORATION, a Washington corporation; GABE NEWELL and LISA MENNET NEWELL, husband and wife and the marital community composed thereof; and SCOTT LYNCH and JULIE LYNCH, husband and wife and the marital community composed thereof,<br><br>    Counterclaim Defendants. | |

*Crook Decl. ISO Defendants' Motion for Protective Order (02-01683)*

HILLIS CLARK MARTIN &
PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

I, Kevin A. Crook, state as follows:

1. I have been employed as an in-house paralegal by Defendant Vivendi Universal Games, Inc. ("VUG") since July 1996. In my capacity as a paralegal, I work closely with the employees of Blizzard Entertainment, a division of Davidson & Associates, Inc., a wholly owned subsidiary of VUG ("Blizzard"), on a variety of legal issues. Blizzard is one of VUG's in-house game development studios,

2. I have reviewed Valve's Third Motion to Compel Discovery, filed with this Court on August 26, 2004. I have also reviewed Plaintiff Valve's Third Interrogatories To Sierra Entertainment, Inc., Vivendi Universal Games, Inc., and Vivendi Universal, S.A.

3. Based on my experience in working with Blizzard on various legal issues, I estimate that Defendants would potentially need to interview a total of 181 people in 14 different countries in order to collect documents related to the distribution, licensing or sale of Blizzard games to cyber-cafés, as Valve has requested.

4. In addition, the financial and customer information that Valve requests for Blizzard and other non-Valve games is not readily available in the industry or to Valve and is kept strictly confidential.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was hereby executed at Los Angeles, California on September 15, 2004.

_____
KEVIN A. CROOK

*Crook Decl. ISO Defendants' Motion for Protective Order (02-01683) - Page 1 of 1*

HILLIS CLARK MARTIN &
PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789