-----Original Message-----
**From:** Michael Tan Seong Par
**Sent:** Thursday, October 02, 2003 12:35 PM
**To:** Hubert Larenaudie; Franck Villet; Mark Warburton; Quach Dong Quang; Jungwon Hahn; Michael Fong (vugames.com); Timothy Wang (External); Pascal Brochier; Karen Watson; Olivier Mathieu; Fabien Siouffi; Kirstin.Wineke@vugames.com; Steve Voorma; Chloe Rothwell; Thomas Behaghel; Kim Watt
**Subject:** VALVE v SIERRA/VUG Litiagation - PRIVILEGED AND CONFIDENTIAL- VERY URGENT
**Importance:** High

## TIME SENSITIVE AND URGENT PRIVILEGED CONFIDENTIAL COMMUNICATION

## YOUR IMMEDIATE ATTENTION AND RESPONSE REQUIRED

Dear All,

We are involved in a lawsuit with Valve regarding the issue of **Sierra's or Vivendi's licensing, distribution or sale of Valve products to cybercafes worldwide.** We have been ordered by the Federal Court to produce certain documents IMMEDIATELY. This is VERY SERIOUS. If we do not comply with the court order our company will be held in contempt of court. I need to hear back from everyone, via reply email, by cob Thursday, October 2nd, that you received and are responding to this request.

Pursuant to the order of court, we are required to produce a list of person who may have

4

information relating to this litigation by Friday, October 3rd. Attached is a draft I have prepared. **Please let me know if there are any names under your supervision that needs to be added to (or deleted from) the list by end of day.**

For ease of reference, the Valve games at issue here are: Half-Life, Counterstrike, Team Fortress Classic, Opposing Force, Blue Shift, Gunman Chronicles, Ricochet and Deathmatch Classic.

1. We have to produce **all documents related to the issue of Sierra's or Vivendi's licensing, distribution or sale of Valve products to cybercafes worldwide**. This includes all documents or communications which contain or refer to any relevant contracts, agreements, end-user license agreements provided to cybercafes, revenues, royalties, marketing materials, business plans and projections, financial statements, and payments to Sierra/Vivendi's licensing agents.

2. In addition, we need to produce any existing documents related to the following topics: i) the involvement of any governmental body or regulatory entity with respect to the licensing, sale or distribution of Valve products to cybercafes, including law enforcement; ii) the manufacture of any Valve products that are licensed to cybercafes; and iii) Sierra's monitoring or policing of cybercafes, including legal actions.

3. We need all relevant documents no matter what their form or status--e.g., e-mails, word files, spreadsheets, databases, hard copies, drafts, etc.

4. The objective of the court order is to preserve and produce documents. Accordingly, under no circumstances shall any documents, communications, reports, accounts etc, whether in hard copy or electronic form be modified, destroyed or deleted. Collate and produce the above as they are.

5. We need to produce these documents on an expedited basis, in any case not later than October 3, 2003. To facilitate this, please follow the procedures below:-

a) <u>Country Managers</u> – collate all relevant documents and make 2 copy set – one set to be sent directly to our external counsel and the address below and one set to the Singapore Office attention to Michael SP Tan.

b) <u>Department Heads</u> – Marketing (Mark Warburton), Finance (Franck Villet), Legal and Logistics (Steve Vorma) – please get your respective teams to collate the information and follow the procedure in A – one copy set to our external counsel and one copy set to Michael SP Tan.

c) Hard copies should be sent via Overnight Federal Express to:

**Karen Bliss, Esq.
Howard Rice et.al.
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024. (phone number is 415-434-1600)**

d) <u>E-mails & Electronic Documents</u> - our outside counsel has requested that you send documents directly to them in the manner in which you have received them, for example, electronic documents should be sent electronically as soon as possible to:

**Kimberly Bliss at <u>kbliss@howardrice.com</u>**

I suggest organize all e-mail communications in an electronic file (you may need to compress them) before forwarding the same to them. Please keep me copied on all electronic communications.

e) Lastly, please identify yourself, department and nature of documents in the cover letter. Suggested format as follows:-

\Example     From:  Quach Quang Dong (Regional Manager for SEA)

Nature of documents:  a) E-mail communications with (....state party)

                                    b) Contract with partner

                                      c) etc......

**IF YOU HAVE ANY QUERIES, PLEASE DO NOT HESITATE TO CONTACT ME. THIS IS A TIME SENSITIVE AND URGENT MATTER WHICH WE NEED TO ACT ON IMMEDIATELY; OTHERWISE, WE RISK BEING HELD IN COTEMPT OF COURT.**

Regards,

Michael SP Tan

**6**