| | |
|---|---|
| **From:** | CorporateCommunications |
| **Sent:** | Friday, October 10, 2003 4:50 PM |
| **To:** | DL-VUG NA |
| **Subject:** | URGENT NOTICE TO ALL VUG EMPLOYEES |
| **Importance:** | High |

**URGENT NOTICE TO ALL EMPLOYEES:**

**If you have any documents relating to Valve or Valve products, you are hereby instructed by VU Games to RETAIN all such documents, whether in hard copy or in electronic form. Do not destroy them or delete them.**

This includes, without limitation, all drafts as well as final versions of memoranda, letters, e-mails, Word files, spreadsheets, databases, etc. that contain or pertain to any communications with Valve employees, any contracts or agreements with Valve, the performance of any such contracts or agreements, any end-user license agreements provided to cybercafes, revenues, royalties, marketing materials, business plans and projections, financial statements, and payments to Sierra/VUG's licensing agents. Valve products include *Half-Life, Half-Life2, Condition Zero, Counterstrike, Team Fortress Classic, Opposing Force, Blue Shift, Gunman Chronicles, Ricochet* and *Deathmatch Classic*.

Any employee who fails to comply with these instructions will be subject to disciplinary action.

If you have any questions, please contact Eric Roeder for guidance at 310-431-4424 or eric.roeder@vugames.com.

Thank you.

Robert D. Marafioti
Executive Vice President/General Counsel
Vivendi Universal Games, Inc.
240 West 35th Street, 18th Floor
New York, NY 10001
Phone: 212-601-5005
Fax: 212-601-5010
Email: bob.marafioti@vugames.com

7