-----Original Message-----
**From:** Kim Watt
**Sent:** Saturday, October 11, 2003 2:05 PM
**To:** Archie Papadopoulos; Audrey Pritchard; BackupExec; Ben O'Callaghan; Cath Eckhold; Colin Brown; Craig Willis; David Bridge; James Eyre; John Ciaglia; Julianne Woolf; Karen Perrin; Karen Watson; Katherine Chaplin; Maria Bruzzano; Mark Sandral; Milton Powell; Pascal Brochier; Paul Coppola; Rosanne Bremner; Rusty Thorpe; Sarah Chen; Sarah Frare; Sean Cook; Sophie Nguyen; Steve Masson; Tracey Sheehan; Adrian Tan; Angeline Soon; Annie Kiong; Chakradhar Maddineni Babu; Chloe Rothwell; Chris Ansell; Daniel Heng; dbexch; Dennis Foo; Ed Lim; Ellen Hsu; Fabien Siouffi; Franck Villet; Gregoire Villet; Hugo Mimoun; Jerry Lee; Johann Hall; Kia Hiang Tan; Kim Watt; Lon Shing; Mark Warburton; Michael Fong; Michael Tan Seong Par; Natalia Hosanna; Olivier Mathieu; Quach Dong Quang; Steve Voorma; Teh Hong Sing; Thomas Behaghel; Timothy Wang; Yee Lee Ng; Ellen Hsu; Jerry Lee; 'Tommy Park'; Christy Um; Hyejin Yum; 'Jiwoong Kim'; Jungwon Hahn; 'Juno Kwak'; 'Patrick Lee'; Richard Kwon; Taewon Yun; Saeko Inoue; Akihiro Takahashi; Kazuyo Kumamoto; Mariko Hisamitsu; Nobuyo Takeda; Michael Fong
**Cc:** Andrea.Sarkisian@vugames.com
**Subject:** FW: URGENT NOTICE TO ALL VUG EMPLOYEES
**Importance:** High


Hello everyone,

Please be advised of the following...

-KW
 -----Original Message-----
**From:** CorporateCommunications
**Sent:** Friday, October 10, 2003 4:50 PM
**To:** DL-VUG NA
**Subject:** URGENT NOTICE TO ALL VUG EMPLOYEES
**Importance:** High

**URGENT NOTICE TO ALL EMPLOYEES:**

If you have any documents relating to Valve or Valve products, you are hereby instructed by VU Games to RETAIN all such documents, whether in hard copy or in electronic form. Do not destroy them or delete them.

8/18/2004    **8**

This includes, without limitation, all drafts as well as final versions of memoranda, letters, e-mails, Word files, spreadsheets, databases, etc. that contain or pertain to any communications with Valve employees, any contracts or agreements with Valve, the performance of any such contracts or agreements, any end-user license agreements provided to cybercafes, revenues, royalties, marketing materials, business plans and projections, financial statements, and payments to Sierra/VUG's licensing agents. Valve products include *Half-Life, Half-Life2, Condition Zero, Counterstrike, Team Fortress Classic, Opposing Force, Blue Shift, Gunman Chronicles, Ricochet* and *Deathmatch Classic*.

Any employee who fails to comply with these instructions will be subject to disciplinary action.

If you have any questions, please contact Eric Roeder for guidance at 310-431-4424 or eric.roeder@vugames.com.

Thank you.

Robert D. Marafioti

Executive Vice President/General Counsel

Vivendi Universal Games, Inc.

240 West 35th Street, 18th Floor

New York, NY 10001

Phone: 212-601-5005

Fax: 212-601-5010

Email: bob.marafioti@vugames.com

the sender by returning e-mail and delete the

material from any computer. If you are not the

specified recipient, you are hereby notified that

all disclosure, reproduction, distribution or action
taken on the basis of this message is prohibited.

8/18/2004 **10**