ï»¿<?xml version="1.0" encoding="UTF-8"?><?xml-stylesheet type="text/xsl" href="../email.xsl"?>
<!DOCTYPE email SYSTEM "../email(v4.1).dtd">
<email>
<message>
<from><recipient>Chantal Veillon-Berteloot</recipient></from>
<to><recipient>All European Subsidiaries</recipient></to>
<cc><recipient>Christophe Ramboz; Bob.Marafioti@vugames.com</recipient></cc>
<bcc><recipient></recipient></bcc>
<subject>VALVE - OBLIGATION TO RETAIN ALL DOCUMENTS - PLEASE TREAD CAREFULLY</subject>
<modified>10/13/2003 10:57:07 PM</modified>
<transmitted>Monday, October 13, 2003 1:17:11 PM (-04)</transmitted>
<header><![CDATA[
Return-Path: <Chantal.Veillon-Berteloot@vu-games.com>
Received: from VUPI-SER-EXC-D2.vup-interactive.com ([195.68.73.199])
by mta2.kpost.com with ESMTP
id <20031013171758.JXOH18615.mta2@VUPI-SER-EXC-D2.vup-interactive.com>;
Tue, 14 Oct 2003 02:17:58 +0900
X-MimeOLE: Produced By Microsoft Exchange V6.0.6249.0
content-class: urn:content-classes:message
MIME-Version: 1.0
Content-Type: multipart/alternative;
boundary="----_=_NextPart_001_01C391AD.D6B229CE"
Subject: VALVE - OBLIGATION TO RETAIN ALL DOCUMENTS - PLEASE TREAD CAREFULLY
Date: Mon, 13 Oct 2003 19:17:11 +0200
Message-ID: <E4AD5E836A0C57409DFE29F5EA0A72EC19DCEA@vupi-ser-exc-d2.vup-interactive.com>
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: URGENT ANNOUNCEMENT
Thread-Index: AcOPIW9FuttV3dn3QoKNbOxtiqpScgCCy+kA
X-Priority: 1
Priority: Urgent
Importance: high
From: "Chantal Veillon-Berteloot" <Chantal.Veillon-Berteloot@vu-games.com>
To: "All European Subsidiaries" <Allinternationalsubsidiaries@vup-interactive.com>
Cc: "Christophe Ramboz" <Christophe.Ramboz@vu-games.com>,
<Bob.Marafioti@vugames.com>

]]></header>
<body><![CDATA[
Dear all<br/>
<br/>
Please read carefully this message from Bob Marafioti at VUG head office in New York. If you have any questions, do not hesitate to contact me.<br/>
<br/>
Thanks for your cooperation,<br/>
<br/>
Chantal<br/>
<br/>
<br/>
URGENT NOTICE TO ALL EMPLOYEES:<br/>
<br/>
If you have any documents relating to Valve or Valve products, you are hereby instructed by VU Games to RETAIN all such documents, whether in hard copy or in electronic form. Do not destroy them or delete them.<br/>
<br/>
This includes, without limitation, all drafts as well as final versions of memoranda, letters, e-mails, Word files, spreadsheets, databases, etc. that contain or pertain to any communications with Valve employees, any contracts or agreements with Valve, the performance of any such contracts or agreements, any end-user license agreements provided to cybercafes, revenues, royalties, marketing materials, business plans and projections, financial statements, and payments to Sierra/VUG's licensing agents. Valve products include Half-Life, Half-Life2, Condition Zero, Counterstrike, Team Fortress Classic, Opposing Force, Blue Shift, Gunman Chronicles, Ricochet and Deathmatch Classic. <br/>
<br/>
Please comply strictly with this instruction which falls under your obligations deriving from your employment contract. <br/>
If you have any questions, please contact Eric Roeder for guidance at 310-431-4424 or eric.roeder@vugames.com. <br/>
Thank you. <br/>
Robert D. Marafioti <br/>
Executive Vice President/General Counsel <br/>
Vivendi Universal Games, Inc. <br/>
240 West 35th Street, 18th Floor <br/>

New York, NY 10001 <br/>
Phone: 212-601-5005 <br/>
Fax: 212-601-5010 <br/>
Email: bob.marafioti@vugames.com <br/>
<br/>
------------------------------------------------<br/>
Vivendi Universal Games- http://www.vugames.com:<br/>
<br/>
The information transmitted is intended only for the<br/>
<br/>
person or entity to which it is addressed and may<br/>
<br/>
contain confidential and/or privileged material of<br/>
<br/>
Vivendi Universal Games which is for the exclusive<br/>
<br/>
use of the individual designated above as the<br/>
<br/>
recipient. Any review, retransmission, dissemination<br/>
<br/>
or other use of, or taking of any action in reliance<br/>
<br/>
upon, this information by persons or entities other<br/>
<br/>
than the intended recipient is prohibited. If you<br/>
<br/>
received this in error, please contact immediately<br/>
<br/>
the sender by returning e-mail and delete the<br/>
<br/>
material from any computer. If you are not the<br/>
<br/>
specified recipient, you are hereby notified that<br/>
<br/>
all disclosure, reproduction, distribution or action<br/>
taken on the basis of this message is prohibited.<br/>
<br/>

]]></body>
</message></email>