**Preston|Gates|Ellis** LLP

Jason P Holtman
jasonh@prestongates com
direct tel: (206) 370-8397
direct fax: (206) 370-6087

July 26, 2004

**PERSONAL AND CONFIDENTIAL**
**VIA FEDERAL EXPRESS AND EMAIL**

Annette L. Hurst, Esq.
Howard, Rice, Nemerovski, Canady, Falk & Rabkin, P.C.
Three Embarcadero Center
7th Floor
San Francisco, CA 94111

Re:   **KOREA Discovery Issue :  Valve v. Sierra, et al.**

Dear Annette:

    We write to bring to your attention a significant issue concerning your clients' production of responsive documents and apparent spoliation of evidence. It appears from documents only recently produced by Vivendi that Vivendi employees in Korea have destroyed evidence in an attempt to hide Vivendi's unlawful distribution of Valve products in Korea. These documents were produced in Korean language versions which we have now translated.

    On April 13, 2004, Richard Kwon (Manager of Vivendi Korea) sent an email to Jungwon Hahn (identified in the documents as President of Vivendi Korea) confirming that according to prior instructions he had taken steps to erase all documents related to Counter Strike: Condition Zero:

> **From:**      **Richard Kwon**
> **Sent:**      **Tuesday, April 13, 2004 2:58 AM**
> **To:**        **Jungwon Hahn**
> **Subject:**   **CSCZ [Unrecognizable Characters]**
>
> **"The remaining applicable contents have all been erased, to follow up with your prior instruction to erase all contents related to CSCZ."**
>
> **"In addition, there are some remaining emails sent by Associate Hyejin Yum and for now I've decided to exclude them since I'm thinking she herself would put those together."**

See VUG 17708. Given that the correspondence between VUG and its distributors HanbitSoft

A LAW FIRM | A LIMITED LIABILITY PARTNERSHIP INCLUDING OTHER LIMITED LIABILITY ENTITIES

925 FOURTH AVENUE, SUITE 2900   SEATTLE, WA 98104-1158   TEL: (206) 623-7580   FAX: (206) 623-7022   www.prestongates.com
Anchorage   Coeur d'Alene   Hong Kong   Orange County   Portland   San Francisco   Seattle   Spokane   Washington, DC

13

Annette L. Hurst, Esq.
July 26, 2004
Page 2

Inc. and Waycos Co. Ltd. during early 2004 demonstrates that VUG was trying to hide its activities from Valve, it is alarming that the culmination of that correspondence appears to be a directive to erase documents.

We ask that Vivendi immediately agree to do the following:

- Immediately inform all Vivendi personnel that any further document destruction must cease. This notice should be sent directly to Vivendi's Korean personnel, including without limitation Jungwon Hahn, Tommy Park, Richard Kwon, Ji Woong Kim, Christy Um and Hyejin Yum.
- Immediately investigate the circumstances of this document destruction, including the individuals involved and the management personnel who gave the referenced instructions.
- Recover and produce all such erased documents and information within 7 days;
- Identification and preservation of all computer files and hardware (i.e. hard drives) belonging to or associated with Jungwon Hahn, Richard Kwon, and Hyejin Yum;
- Agree to produce in the U.S. within 20 days a FRCP 30(b)(6) deposition witness who is fully informed of the document destruction reflected in the documents produced by Vivendi, the individuals involved, the scope of the destruction, and Vivendi's attempts to recover deleted documents.

As this is a matter of substantial importance we ask that you respond by the close of business today.

Very truly yours,

PRESTON GATES & ELLIS LLP

By
Jason P. Holtman

JPH:kar
cc: Valve
K:\36063\00014\JPH\JPH_L22LZ

14