# Lisa Tarpley

**From:** Annette Hurst
**Sent:** Monday, June 07, 2004 9:16 AM
**To:** Lisa Tarpley; Janet Kirk
**Subject:** FW: Activity in Case 2:02-cv-01683-TSZ Valve LLC v. Sierra Entertainment "In Court

---

**From:** ECF@wawd.uscourts.gov[SMTP:ECF@WAWD.USCOURTS.GOV]
**Sent:** Monday, June 07, 2004 9:11:50 AM
**To:** ECF@wawd.uscourts.gov
**Cc:** Calendar
**Subject:** Activity in Case 2:02-cv-01683-TSZ Valve LLC v. Sierra Entertainment "In Court Hearing"
Auto forwarded by a Rule


***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Western District of Washington

Notice of Electronic Filing

The following transaction was received from GG, entered on 6/7/2004 at 9:11 AM PDT and filed on 6/4/2004
**Case Name:** Valve LLC v. Sierra Entertainment
**Case Number:** 2:02-cv-1683
**Filer:**
**Document Number:** 135

**Docket Text:**
MINUTE ENTRY for proceedings held before Judge Thomas S. Zilly - Dep Clerk: *Gail Glass*; CR: *Susan Zielie*; Pla Counsel: *Karl Quackenbush, Jason Holtman*; Def Counsel: *Linda Foy, Michael Scott and Kristin Boras*; **In Court Hearing** held on 6/4/2004. The Court hears arguments of counsel on the motions. The Court takes this matter under advisement. No further discovery motions shall be submitted to the court with out prior permission. Plaintiff's shall certify that they have provided discovery to the defendant's on or before June 15, 2004. (GG, )

The following document(s) are associated with this transaction:


**2:02-cv-1683 Notice will be electronically mailed to:**

Kimberly A Bliss    kbliss@howardrice.com

Frederick Ross Boundy    ross.boundy@cojk.com, courtdoc@cojk.com

Robert J Carlson    bob.carlson@cojk.com, courtdoc@cojk.com


9/20/2004    **19**

Linda Q Foy     lfoy@howardrice.com,

Simon J Frankel     sfrankel@howardrice.com,

Jason P Holtman     jasonh@prestongates.com, lindag@prestongates.com

Annette L Hurst     ahurst@howardrice.com,

Sarah M King     sking@howardrice.com, gprice@howardrice.com

Jeffrey T Norberg &n! bsp   jnorberg@howardrice.com,

Karl Justin Quackenbush     karlq@prestongates.com, lisaa@prestongates.com;dennist@prestongates.com

Michael Ramsey Scott     mrs@hcmp.com, smp@hcmp.com

Mark P Walters     mark.walters@cojk.com, courtdoc@cojk.com

**2:02-cv-1683 Notice will be delivered by other means to:**