**HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN**

*A Professional Corporation*

Three Embarcadero Center
Seventh Floor
San Francisco, CA 94111-4024
Telephone 415.434.1600
Facsimile 415.217.5910
www.howardrice.com

September 9, 2004

Kyo Hwa Chung, Esq.
Ju-Hong Kim, Esq.
Kim & Chang
Seyang Building
223 Naeja-dong Jongno-gu
Seoul 110-720
Korea

Re:   Valve v. Sierra et al.

Dear Mr. Kim and Ms. Chung

     This letter will confirm the terms of your retention as an independent investigator and testifying witness on behalf of Sierra Entertainment, Inc. ("Sierra"), Vivendi Universal Games, Inc. ("VUG") and Vivendi Universal, S.A. ("VU"). This retention agreement contemplates that you will conduct an investigation and provide deposition testimony in connection with the litigation currently pending in federal court in the United States in the Western District of Washington and in any related proceedings filed by or against Sierra, VUG or VU on issues related to your investigation.

     Your services will include forensic analysis and data recovery services for a number of hard drives that utilize Korean user interfaces and operating systems. We anticipate that you will conduct interviews of some Korean employees, some of whom have limited English language skills, to determine the circumstances surrounding the deletion of documents relevant to the litigation with Valve. We will then need you to provide testimony concerning your services and the conclusions that you reach pursuant to Federal Rule of Civil Procedure Section 30(b)(6).

     You understand and agree that your communications with us and the client concerning this matter will not fall within the attorney-client privilege or work product doctrine and that any reports, memoranda, notes or other documents that you prepare in the course of your representation may be discoverable by Valve. These reports will be kept confidential, however, and will not be used by you for purposes unrelated to this litigation.

WD 090904/1-1562200001/129/1170875/v3

Kyo-Hwa Chung, Esq.
Ju-Hong Kim, Esq.
September 7, 2004
Page 2

Sierra, VUG and VU will be solely responsible for the payment of your fees and costs associated with your forensic analysis, data recovery services, investigation and testimony. Your statements should be directed to Vivendi Universal Games, Inc. in care of Annette Hurst at Howard, Rice.

Sierra, VUG and VU agree to jointly and severally indemnify and hold harmless Kim & Chang and the Investigation Team (including attorneys, other professional members, paralegals, staff and agents) from any liability which they may incur in connection with any actions, inactions, omissions or findings with respect to the Investigation Team's performance of services under this Agreement, provided however that the above indemnity does not cover liabilities for willful or gross negligence or unlawful conduct on the part of the Investigation Team.

Sierra, VUG and VU have agreed that you should receive reasonable compensation for the time and costs you expend in connection with your services. Your compensation shall be based on a time and cost basis, and shall be entirely unrelated tot he outcome or content of any conclusions you may ultimately draw in connection with your work. Your opinions and testimony will be based upon your honest, good faith beliefs, whether or not favorable to the position of Sierra, VUG and VU.

You have advised us that you will bill Sierra, VUG and VU at your normal hourly rates, which range from $290 to $455. You will not require a retainer to be applied against fees and costs as incurred. This is acceptable to Sierra, VUG and VU. Sierra, VUG and VU have also agreed to reimburse you for reasonable costs which you may incur in connection with the rendition of services.

You have agreed to maintain accurate records of all time spent on the matter and to submit monthly itemized billings. Services rendered outside of the office will be charged on a "portal to portal" basis, including reasonable travel time. Sierra, VUG and VU agree to pay deposition charges, as well as any reasonable fees and costs incurred in connection with travel to and preparation for your deposition.

Sierra, VUG and VU agree that your outstanding fees and costs will be brought current prior to the date upon which you are asked to testify. Your fees and costs will be due upon billing. Sierra, VUG and VU understand that costs will include reasonable expenses incurred in travel, including car and air fare, parking, hotel charges and meals while traveling. Sierra, VUG and VU agree that an annual percentage rate of 10%, not to exceed the maximum legal interest rate, will be assessed on the unpaid balance of statements after 30 days.

WD 090904/2-1562200001/129'1170875/v3

22

Kyo-Hwa Chung, Esq.
Ju-Hong Kim, Esq.
September 7, 2004
Page 3

    Sierra, VUG and VU have the right to discharge you at any time. Similarly, you retain the right to terminate your services, immediately with the consent of Sierra, VUG and VU, or upon 60 days notice for good cause, in accordance with the applicable rules of professional conduct. "Good cause" shall include the obligation of Sierra, VUG and VU to make payment (as set forth herein), or other obligations set forth herein, or any act that would render continued service unlawful or unethical.

    In the event that a dispute should arise out of this agreement, including the alleged breach hereof or an action for declaratory or other relief, the prevailing party in any such action shall be entitled to its reasonable attorneys' fees and costs.

    Your signature in the space below will indicate confirmation of your agreement to the terms set forth herein. Upon receipt of your signature, I will forward this letter agreement to Sierra, VUG and VU for their approval, and return a signed copy to you. Thank you for your attention to this matter, and we look forward to working with you.

Sincerely,

*Linda Q. Foy*

Linda Q. Foy

ACKNOWLEDGED AND AGREED

_____
Kyo-Hwa Chung, Esq.
Kim & Chang

_____
Ju-Hong Kim, Esq.
Kim & Chang

_____
Eric Roeder, Esq.
On behalf of Sierra, VUG and VU

WD 090904/1-156220001/123/1170875v3

23