Honorable Thomas S. Zilly
Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, a Washington corporation,<br><br>         Plaintiff,<br><br>v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware Corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware Corporation; and VIVENDI UNIVERSAL, S.A., A French foreign corporation,<br><br>         Defendants. | No. C 02-1683Z<br><br>DECLARATION OF H. MICHAEL DUNKLE IN SUPPORT OF VALVE'S OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER<br><br>**Noted For: September 24, 2004** |
| SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC., a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,<br><br>         Counter-Claimants,<br><br>v.<br><br>VALVE CORPORATION, a Washington Corporation, GABE NEWELL and LISA MENNET NEWELL, husband and wife, and the marital community composed thereof; and SCOTT LYNCH and JULIE LYNCH, husband and wife, and the marital community composed thereof,<br><br>         Counterclaim Defendants. | |

DECLARATION OF MICHAEL
DUNKLE - 1
C 02-1683Z

K:\36063\00014\KJB\KJB_P20UE

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

H. Michael Dunkle hereby declares as follows:

1. I am over the age of eighteen years and I am competent to make this declaration. I make this declaration based on my own personal knowledge.

2. I employed by Valve Corporation ("Valve") and have been since November 12, 2000. I am the Director of Valve's cybercafé program, and have held this position for over two years. Valve's cybercafé program involves licensing Valve's games and other software to cybercafés for commercial use on a pay-for-play basis. My duties include overall management and administration of Valve's cybercafé program, determining and implementing the technical requirements of the distribution software used when licensing cybercafés, promoting and marketing our programs, customer relations and advertising.

3. I am very familiar with the worldwide cybercafé market. Valve's game, Counter-Strike, is one of the most popular cybercafé games in the world.

4. As a means of boosting the sale of less popular, non-Valve titles, Vivendi often requires cybercafés to license a bundle of non-Valve games in order to get Counter-Strike. Vivendi, at times, will price the non-Valve games at a higher rate than that of Counter-Strike, thereby increasing its own profits at Valve's expense. Valve has become aware of this activity by Vivendi, in part through communications directly from cybercafés to Valve.

5. On September 20, 2004, Valve received an email from Dinko Georgiev, an owner of a cybercafé in Bulgaria, stating that Vivendi would only allow it to obtain a commercial license for Counter-Strike if it also purchased a package of non-Valve games. A true and correct copy of this email is attached at pp. 5-6.

DECLARATION OF MICHAEL
DUNKLE - 2
C 02-1683Z

K:\36063\00014\KJB\KJB_P20UE

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

SEP-21-2004  04:53PM    FROM-VALVE CORP                           425-889-9642           T-485   P.004/005   F-724

1  I declare under penalty of perjury that the foregoing is true and correct:

3  EXECUTED this 21st day of September, 2004 at Seattle, Washington.



H. Michael Dunkle

DECLARATION OF MICHAEL
DUNKLE - 3
C 02-1683Z

K:\36065\00014\KJB\KJB_P20UE

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on September 21, 2004, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following,

| | |
|---|---|
| Annette Hurst/Sarah King/Linda Q. Foy<br>Howard Rice Nemerovski Canady Falk & Rabkin, P.C.<br>Three Embarcadero Center<br>7th Floor<br>San Francisco, CA 94111 | Michael R. Scott<br>Hillis, Clark, Martin & Peterson<br>500 Galland Building<br>1221 Second Avenue<br>Seattle, WA 98101-2925 |

/s/    Jason P. Holtman
Karl J. Quackenbush, WSBA #9602
Jason P. Holtman, WSBA # 28233
Kristin J. Boraas, WSBA # 32015
Attorneys for Plaintiff
Valve Corporation
Tel: (206) 623-7580
Fax: (206) 623-7022
jasonh@prestongates.com

DECLARATION OF MICHAEL
DUNKLE - 4
C 02-1683Z

K:\36063\00014\KJB\KJB_P20UE

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**Boraas, Kristin (SEA)**

**From:** Holtman, Jason (SEA)
**Sent:** Monday, September 20, 2004 12:27 PM
**To:** Tessier, Dennis (SEA)
**Cc:** Quackenbush, Karl (SEA); Boraas, Kristin (SEA); Rosenfield, Kevin (SEA)
**Subject:** FW: Bulgarian Internet Cafe

---

**From:** Julie Caldwell [mailto:Julie@valvesoftware.com] **On Behalf Of** CyberCafes
**Sent:** Monday, September 20, 2004 12:09 PM
**To:** Holtman, Jason (SEA); Mike Dunkle; Scott Lynch
**Subject:** FW: Bulgarian Internet Cafe

---

**From:** Dinko Georgiev [mailto:skkb_ceo@yahoo.com]
**Sent:** Friday, September 17, 2004 6:19 AM
**To:** CyberCafes
**Subject:** Bulgarian Internet Cafe

Dear Sir / Madam,

I am a member of the Asociation of the Internet Cafes in Bulgaria. Our country is small ( 8 000 000 people ) and not very well economicaly developed. For this reason there are a lot of Internet Cafes which offer chat, internet, games and films. At the moment there are about 2500 Internet cafes with aproximately 25 000-30 000 PC units (computers) in Bulgaria. The number of members in our organization is about 450-500 owners of Internet Cafes which is about 5 000 PC units ( computers ). The basic turnover is make by offering games - 80%. The most popular game is Counter Strike 60%, Vice City 30% and new games 10%. Up to this moment Counter Strike is sold to the
clubs by organizations which use forse, threat and blackmail. The representativ of Vivendi in Bulgaria is Pulsar ( at least they say so ).
If we want to use Counter Strike we must buy a package of games of Vivendi, which we don't want. Besides we must buy new games from Vivendi that we don't want on every three months. The worst is that we must pay 426.00 leva /1.95 lev=1 Euro/ for one year. Also we can not buy games only for part of the PC units (computers), but we are obliged to buy games for all the computers in the Internet Cafe. The price of Half Life Generation is 73.00 leva and the price of Condition Zero is 77.00 leva. As you see it is not normal for a game which dates 5 years ago to cost as much as the new one. We are unable to play in world servers, which would be good for our turnover. We are forced to play in local pirate servers and for that service we have to pay 15$ for a computer per month.
We have been told that Valve is independant company from Vivendi. Please submit information on how we would be able to use the game Counter strike legally, how we can use your servers and how we can pay for this. As the credit kards are not very popular in Bulgaria can we pay by bank?

Sincerely Yours


9/21/2004

Dinko Georgiev

---
Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

9/21/2004