Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, a Washington corporation,<br><br>                                                  Plaintiff,<br><br>    v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware Corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware Corporation; and VIVENDI UNIVERSAL, S.A., a French foreign corporation,<br><br>                                                  Defendants.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC., a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,<br><br>                                     Counter-Claimants,<br><br>    v.<br><br>VALVE CORPORATION, a Washington Corporation; GABE NEWELL and LISA MENNET NEWELL, husband and wife, and the marital community composed thereof; and SCOTT LYNCH and JULIE LYNCH, husband and wife, and the marital community composed thereof,<br><br>                                         Counterclaim Defendants. | No. C 02-1683Z<br><br>*CORRECTED* [PROPOSED] ORDER GRANTING PLAINTIFF VALVE CORPORATION'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT RE CYBERCAFE RIGHTS |

*CORRECTED* [PROPOSED] ORDER GRANTING PLAINTIFF VALVE CORPORATION'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT RE CYBERCAFE RIGHTS - 1
Case No. C02-1683Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  THIS MATTER having come on for hearing before the undersigned Judge of the
2  above-entitled Court, and the Court having considered the moving and responding papers of
3  both Plaintiff's Cross-Motion to for Summary Judgment and Defendants' Motion for
4  Summary Judgment, the relevant supporting declarations, and other pleadings on file herein,
5  the Court grants Plaintiff's Cross-Motion for Summary Judgment and denies Defendants'
6  Motion for Summary Judgment.

**ORDER**

IT IS ORDERED, Defendants' Motion to for Summary Judgment Regarding Cybercafé Rights is DENIED and Valve's Cross-Motion for Summary Judgment Regarding Cybercafé Rights is GRANTED.

DATED this ____ day of _____, 2004.

_____
Judge Thomas S. Zilly
United States District Court Judge

Presented by:

s/Karl J. Quackenbush
Karl J. Quackenbush, WSBA #9602
Jason P. Holtman, WSBA # 28233
Kristin J. Boraas, WSBA #32015
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Tel:  (206) 623-7580
Fax: (206) 623-7022
karlq@prestongates.com

Attorneys for Plaintiff
Valve Corporation

*CORRECTED* [PROPOSED] ORDER GRANTING PLAINTIFF
VALVE CORPORATION'S CROSS-MOTION FOR PARTIAL
SUMMARY JUDGMENT RE CYBERCAFE RIGHTS - 2
Case No. C02-1683Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2004, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Annette L. Hurst**

**Linda Q. Foy**

**Sarah M. King**

**Michael R. Scott**

s/Karl J. Quackenbush
WSBA #9602
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel: (206) 623-7580
Fax: (206) 623-7022
karlq@prestongates.com

*CORRECTED* [PROPOSED] ORDER GRANTING PLAINTIFF VALVE CORPORATION'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT RE CYBERCAFE RIGHTS - 3
Case No. C02-1683Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022