The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALVE CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SIERRA ENTERTAINMENT INC. (AKA SIERRA ON LINE, INC.), a Delaware corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation; and VIVENDI UNIVERSAL, S.A., a French foreign corporation,<br><br>Defendants.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC.), a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,<br><br>Counter-Claimants,<br><br>vs.<br><br>VALVE CORPORATION, a Washington corporation; GABE NEWELL and LISA MENNET NEWELL, husband and wife and the marital community composed thereof; and SCOTT LYNCH and JULIE LYNCH, husband and wife and the marital community composed thereof,<br><br>Counterclaim Defendants. | No. 2:02-cv-01683-TSZ-MAT<br><br>**DECLARATION OF TRACY GIBBS SARGENT IN OPPOSITION TO VALVE CORPORATION'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT RE CYBERCAFE RIGHTS AND IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT re CYBER-CAFÉ RIGHTS OF DEFENDANTS/ COUNTERCLAIMANTS SIERRA ENTERTAINMENT, INC. AND VIVENDI UNIVERSAL GAMES, INC.** |

*Sargent Decl. ISO Sierra/VUG's Opp. to Cross-Motion for SJ re Cyber-Café Rights*
*(2:02-cv-01683-TSZ-MAT)*

HILLIS CLARK MARTIN &
PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

I, Tracy Gibbs Sargent, state as follows:

1. I am in-house counsel for Vivendi Universal Games, Inc. ("VUG") and Sierra Entertainment, Inc. ("Sierra"). I have a long history of representation of Sierra and VUG in connection with their relationship with Valve Corporation, and in that regard I am familiar with the legal and business aspects of that relationship. I make this declaration in opposition to Valve Corporation's Cross-Motion For Partial Summary Judgment Re Cybercafe Rights And In Support Of The Motion For Partial Summary Judgment Re Cyber-Café Rights Of Defendants/Counter-Claimants Sierra Entertainment, Inc. And Vivendi Universal Games, Inc. Everything stated herein is true and correct of my own personal knowledge unless stated as to information and belief, and if called upon to testify I could and would testify competently hereto.

2. In its Cross-Motion for Partial Summary Judgment Re Cybercafe Rights, Valve argues that Sierra/VUG's interpretation of the March 29, 2001, Software Publishing Agreement ("2001 SPA") is unreasonable because the End User License Agreement ("EULA") for the Valve game Counter-Strike precludes exploitation of the game by end users for commercial purposes, including in cyber-cafes. The EULA that Valve quotes and that is attached as pages 215 through 218 of the Declaration of Jason Holtman (the "Counter-Strike EULA") was shipped with the Counter-Strike game in November 2000— well prior to the execution of the 2001 SPA on March 29, 2001.

3. Moreover, the EULA drafted for the Valve game Counter-Strike: Condition Zero, which was agreed to after the signing of the 2001 SPA, contains substantially identical language to the language cited by Valve in the Counter-Strike EULA. Attached hereto at pages 3 through 5 is a true and accurate copy of the EULA that was used for the Valve game Counter-Strike: Condition Zero, released in 2004.

4. Attached hereto at page 6 is a true and accurate copy of an excerpt from the EULA for Warcraft III, a game developed by VUG's in-house development studio Blizzard and released in 2002 (the "Warcraft III EULA"). The Warcraft III EULA also contains

*Sargent Decl. ISO Sierra/VUG's Opp. to Cross-Motion for SJ re Cyber-Café Rights (2:02-cv-01683-TSZ-MAT) - Page 1 of 2*

HILLIS CLARK MARTIN &
PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

1  substantially identical language to the language cited by Valve in the Counter-Strike EULA.
2  VUG owns all of the intellectual property and controls all distribution related to Warcraft
3  III.
4      I declare under penalty of perjury that the foregoing is true and correct and that this
5  declaration was hereby executed at Bellevue, Washington on September 23, 2004.

                                             */s/ Tracy Gibbs Sargent*
                                             TRACY GIBBS SARGENT

*Sargent Decl. ISO Sierra/VUG's Opp. to Cross-Motion for SJ re Cyber-Café Rights (2:02-cv-01683-TSZ-MAT) - Page 2 of 2*

HILLIS CLARK MARTIN & PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789