Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, a Washington corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware Corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware Corporation; and VIVENDI UNIVERSAL, S.A., A French foreign corporation,<br><br>　　　　　　　　　　　　Defendants.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC., a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,<br><br>　　　　　　　　　　　　Counter-Claimants,<br><br>v.<br><br>VALVE CORPORATION, a Washington Corporation, GABE NEWELL and LISA MENNET NEWELL, husband and wife, and the marital community composed thereof; and SCOTT LYNCH and JULIE LYNCH, husband and wife, and the marital community composed thereof,<br><br>　　　　　　　　　　　Counterclaim Defendants. | No. C 02-1683Z<br><br>SUPPLEMENTAL DECLARATION OF MICHAEL DUNKLE IN SUPPORT OF VALVE'S REPLY IN SUPPORT OF ITS CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT RE CYBERCAFÉ RIGHTS<br><br>**Noted For: October 8, 2004** |

SUPPLEMENTAL DECLARATION
OF MICHAEL DUNKLE - 1

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Michael Dunkle hereby declares as follows:

1. I am over the age of eighteen years and I am competent to make this declaration. I make this declaration based on my own personal knowledge.

2. I am employed by Valve Corporation ("Valve") and have been since November 12, 2000. I am the Director of Valve's cybercafé program, and have held this position for over two years.

3. As set forth in more detail below, during the installation of Counter-Strike, the End User License Agreement (EULA) is displayed. The installation of Counter-Strike will not proceed unless the user indicates acceptance of the Counter-Strike EULA. After the game is installed, the EULA is not displayed prior to every use of the game.

4. I am familiar with the installation process of Counter-Strike. The screenshots included within this declaration are true and accurate copies of the screenshots that I took during the installation of Counter-Strike.

5. If the game has not been previously installed on the computer, the user must install the game from a CD-ROM onto a computer prior to being able to play the retail box version of Counter-Strike. After the user places the Counter-Strike CD-ROM into the computer's CD tray, a dialogue box automatically appears on the user's computer. To install the game, the user must select the "Install Counter-Strike" option. Once the user does so, the following screen appears:

SUPPLEMENTAL DECLARATION
OF MICHAEL DUNKLE - 2

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022



6. The user must click "Next" in order to install the game. When clicked, the following screen is the End User License Agreement:



SUPPLEMENTAL DECLARATION
OF MICHAEL DUNKLE - 3

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022

7. The user cannot proceed with the installation unless he or she agrees to the terms of the EULA by clicking "I Agree."

8. Once the user agrees to the terms of the EULA, the installer program prompts the user to provide "installation information" (i.e. the destination folder into which the game will be installed). After the user enters the installation information and clicks "Next", the following screen is displayed:



9. The user clicks "Next" and the installation begins:

SUPPLEMENTAL DECLARATION
OF MICHAEL DUNKLE - 4

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022



10. The user must wait for the install to finish. Once complete, the following screen appears:



SUPPLEMENTAL DECLARATION
OF MICHAEL DUNKLE - 5
PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022

11. The user clicks "Finish" to complete the installation. At this point, Counter-Strike is installed on the computer.

12. Now that the software is installed on the computer, the user then selects "Counter-Strike" from the appropriate folder on the computer's start menu or desktop in order to load the game. If the installation has not been previously authenticated, when the user loads "Counter-Strike" for the first time, the CD-key window will appear:



13. The user must enter a valid Counter-Strike CD Key which is distributed with the retail box version of Counter-Strike and click "OK" to play the game. The following screen then appears:

SUPPLEMENTAL DECLARATION
OF MICHAEL DUNKLE - 6

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

OCT-01-2004 03:06PM   FROM-VALVE CORP                    425-889-9642        T-518  P 002/002  F-836



14. The user can now play Counter-Strike.

15. After quitting and exiting the game for the first time, if the user then wants to play again at a later date, he or she would select "Counter-Strike" from the appropriate folder on the computer's start menu or desktop in order to load the game. The user would not reinstall the game or authenticate the installation each time; therefore the user would not be presented with the EULA again. Likewise, the user would not use the CD-ROM to play the game after initially installing Counter-Strike.

I declare under penalty of perjury that the foregoing is true and correct:

EXECUTED this 1st day of October, 2004 at Bellevue, Washington.

H. Michael Dunkle

SUPPLEMENTAL DECLARATION
OF MICHAEL DUNKLE - 7

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on October 1, 2004, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following,

| | |
|---|---|
| Annette Hurst/Sarah King/Linda Q. Foy<br>Howard Rice Nemerovski Canady Falk & Rabkin, P.C.<br>Three Embarcadero Center<br>7th Floor<br>San Francisco, CA 94111 | Michael R. Scott<br>Hillis, Clark, Martin & Peterson<br>500 Galland Building<br>1221 Second Avenue<br>Seattle, WA 98101-2925 |

/s/ Jason P. Holtman
Karl J. Quackenbush, WSBA #9602
Jason P. Holtman, WSBA # 28233
Kristin J. Boraas, WSBA # 32015
Attorneys for Plaintiff
Valve Corporation
Tel: (206) 623-7580
Fax: (206) 623-7022
jasonh@prestongates.com

SUPPLEMENTAL DECLARATION
OF MICHAEL DUNKLE - 8

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022