UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE, L.L.C., a Washington Limited Liability Company, ) ) ) | CASE NO. C02-1683TSZ |
| Plaintiff, ) ) ) | ORDER RE: INADVERTENTLY PRODUCED DOCUMENTS |
| v. ) ) | |
| SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC.), a Delaware Corporation, et al., ) ) ) ) | |
| Defendants. ) ) | |

The Court held a telephone conference on October 21, 2004 in order to resolve a discovery dispute concerning three documents produced by defendants.[1]  Defendants maintained that the documents were protected by attorney-client privilege or the work product doctrine, and were inadvertently produced.  Plaintiff disagreed that the documents were privileged or constituted attorney work product.  The Court provided the parties with the opportunity to submit additional material in support of their claims and held a second telephone conference on October 22, 2004. Having considered the arguments of the parties and all documents submitted to the Court,

---

[1] Each document consists of one or more internal email messages. *See* SIERRA 191933, 191934, 189720, 190357, 190358, 193811, and 193812.

ORDER RE: INADVERTENTLY PRODUCED
DOCUMENTS
PAGE -1

including those submitted by defendants for an *in camera* inspection, the Court found as follows:

    (1)    The documents at issue constitute work product prepared in anticipation of litigation and at the behest of counsel, and/or contain privileged attorney-client communications. The inadvertent production of these documents by defendants did not constitute a waiver of the attorney-client privilege or of work product protection.

    (2)    Plaintiff shall immediately return the documents at issue to counsel for defendants. The documents may not be used or relied upon in this litigation or for any other purpose.

    (3)    The Clerk is directed to send a copy of this Order to counsel and to the Honorable Thomas S. Zilly.

DATED this  25th  day of October, 2004.

                              s/ Mary Alice Theiler
                              United States Magistrate Judge