4. Award Defendants such other and further relief as the Court may deem just and proper.

DATED this 25th day of October, 2004.

HILLIS CLARK MARTIN & PETERSON, P.S.

By   /s/ Sarah A. Dunne
Michael R. Scott, WSBA #12822
500 Galland Bldg., 1221 Second Avenue
Seattle WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
e-mail: mrs@hcmp.com

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, A PROFESSIONAL CORPORATION
Annette L. Hurst (admitted *pro hac vice*)
Linda Q. Foy (admitted *pro hac vice*)
Sarah M. King (admitted *pro hac vice*)
Three Embarcadero Center, Seventh Floor
San Francisco, CA 94111-4024
Telephone: (415) 434-1600
Facsimile: (415) 217-5910
e-mail: ahurst@howardrice.com
Attorneys for Defendants
Sierra Entertainment, Inc., Vivendi Universal Games, Inc. and Vivendi Universal, S.A.

*Defendants' Answer to Plaintiff's Supplemental Complaint (02-CV-01683-TSZ-MAT)*
*-Page 6 of 6*

HILLIS CLARK MARTIN & PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206 623 1745; fax 206 623 7789