The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALVE CORPORATION, a Washington corporation,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br>SIERRA ENTERTAINMENT INC. (AKA SIERRA ON LINE, INC.), a Delaware corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation; and VIVENDI UNIVERSAL, S.A., a French foreign corporation,<br><br>　　　　　　　Defendants. | NO. C02-01683 TSZ-MAT<br><br>**CERTIFICATE OF SERVICE** |
| SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC.), a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,<br><br>　　　　　　　Counter-Claimants,<br>　　vs.<br><br>VALVE LLC, a Washington limited liability company; GABE NEWELL and LISA MENNET NEWELL, husband and wife and the marital community composed thereof; and SCOTT LYNCH and JULIE LYNCH, husband and wife and the marital community composed thereof,<br><br>　　　　　　　Counterclaim Defendants. | |

*Certificate of Service (C02-01683 TSZ-MAT)*

HILLIS CLARK MARTIN &
PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

1   I hereby certify that on November 2, 2004, I served the **Application for Leave to
2   Appear *Pro Hac Vice* of John D. O'Connor, Application for Leave to Appear *Pro Hac
3   Vice* of John E. Eichhorst, and this Certificate of Service** via legal messenger to the
4   following:

5   Karl J. Quackenbush
    Jason P. Holtman
6   Kristin J. Boraas
7   PRESTON GATES & ELLIS LLP
    2900 IDX Tower
8   925 Fourth Avenue
9   Seattle, WA 98104-1158

10  DATED this 2nd day of November, 2004.

11                                       HILLIS CLARK MARTIN & PETERSON, P.S.

13                                       By    /s/ Sarah A. Dunne
                                             Michael R. Scott, WSBA #12822
14                                           Sarah A. Dunne, WSBA #34869
15                                           500 Galland Building
                                             1221 Second Avenue
16                                           Seattle WA 98101-2925
                                             Telephone:  (206) 623-1745
17                                           Facsimile:   (206) 623-7789
18                                           e-mail:  mrs@hcmp.com, sad@hcmp.com

19  #286091  18133-002  64qz01!.doc  11/02/04

*Certificate of Service
(C02-01683-TSZ) - Page 1 of 1*

HILLIS CLARK MARTIN & PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789