02-CV-01683-SUP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| Valve Corporation, | Case No. 02-cv-1683-TSZ-MAT |
|---|---|
| Plaintiff(s), | |
| v. | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| Sierra Entertainment, Inc. | |
| Defendant(s). | |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, John E. Eichhorst hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the Defendants Sierra Entertainment, Inc., Vivendi Universal Games, Inc. and Vivendi Universal, S.A.

This application is based upon the following:

The particular need for my appearance and participation is:

I, John E. Eichhorst, understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no pending disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date 11/1/04     Signature of applicant _____

I have enclosed the required filing fee of $50.00

Receipt number (to be completed by the court):_____

## ORIGINAL

APPLICANT'S NAME: John E. Eichhorst

APPLICANT'S FIRM: Howard Rice Nemerovski Canady Falk & Rabkin

APPLICANT'S ADDRESS: Three Embarcadero Center, 7th Floor
Street Address    Room/Suite

San Francisco, CA 94111-4024    (415) 434-1600
City / State /ZIP    Phone number (include area code)

### STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant ___John E. Eichhorst___ is unable to be present upon any date assigned by the court.

DATED this __2d__ day of __November__, 2004.

_____
Signature of local counsel

LOCAL COUNSEL NAME AND BAR NUMBER:
Michael R. Scott    No. 12822

LAW FIRM: Hillis Clark Martin & Peterson, P.S.

LOCAL COUNSEL'S ADDRESS: 500 Galland Building, 1221 Second Avenue
Street Address    Room/Suite

Seattle, WA 98104-2925    (206) 623-1745
City / State / ZIP    Phone number (include area code)

## ORDER

IT IS ORDERED that the application of John E. Eichhorst to appear and participate in this action is hereby approved.

DATED this 12 day of November, 2004.

BRUCE RIFKIN, CLERK
UNITED STATES DISTRICT COURT

BY: _____
    Deputy Clerk