The Honorable Thomas S. Zilly

1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
9

10   VALVE CORPORATION, a Washington
     corporation,                                     NO. C 02-01683 TSZ-MAT
11                        Plaintiff,
                                                       [Proposed] ORDER DENYING
12           vs.                                       PLAINTIFF'S OBJECTIONS TO
     SIERRA ENTERTAINMENT INC. (AKA                    MAGISTRATE'S OCTOBER 25
     SIERRA ON LINE, INC.), a Delaware                 ORDER
13   corporation; VIVENDI UNIVERSAL GAMES,
14   INC., a Delaware corporation; and VIVENDI
     UNIVERSAL, S.A., a French foreign
15   corporation,

16                        Defendants.

17
     SIERRA ENTERTAINMENT, INC. (AKA
18   SIERRA ON LINE, INC.), a Delaware
     corporation; and VIVENDI UNIVERSAL
19   GAMES, INC., a Delaware corporation,

20
                          Counter-Claimants,
21           vs.

22
     VALVE CORPORATION, a Washington
23   corporation; GABE NEWELL and LISA
     MENNET NEWELL, husband and wife and the
24   marital community composed thereof; and
     SCOTT LYNCH and JULIE LYNCH, husband
25   and wife and the marital community composed
     thereof,
26

27                        Counterclaim Defendants.

28
                                              HILLIS CLARK MARTIN &
                                              PETERSON, P.S.

                                              500 Galland Building, 1221 Second Ave
                                              Seattle WA 98101-2925
                                              206 623 1745; fax 206 623 7789

## ORDER

PENDING BEFORE THE COURT is Plaintiff's Objections to Magistrate's October 25 Order. The Court, having considered all of the papers submitted in connection with the motion and the argument of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

Plaintiff's Objections seeking to modify the Magistrate Judge's October 25th Order is DENIED.

DATED this _____ day of _____, 2004.

_____
Honorable Thomas S. Zilly
UNITED STATES DISTRICT JUDGE

Presented by:
HILLIS CLARK MARTIN & PETERSON, P.S.

By___s/ Sarah A. Dunne_____
  Michael R. Scott, WSBA #12822
  Sarah A. Dunne, WSBA #34869
    500 Galland Building
    1221 Second Avenue
    Seattle WA 98101-2925
    Telephone:  (206) 623-1745
    Facsimile:  (206) 623-7789
    e-mail:  sad@hcmp.com

HOWARD RICE NEMEROVSKI CANADY FALK &
RABKIN, A PROFESSIONAL CORPORATION
    Annette L. Hurst (admitted *pro hac vice*)
    Linda Q. Foy (admitted *pro hac vice*)
    Sarah M. King (admitted *pro hac vice*)
    Three Embarcadero Center, Seventh Floor
    San Francisco, CA 94111-4024
    Telephone:  (415) 434.1600
    Facsimile:  (415) 217.5910
    e-mail:  sking@howardrice.com
Attorneys for Defendants
Sierra Entertainment, Inc. Vivendi Universal Games, Inc. and Vivendi Universal, S.A.

*Proposed Order Denying Plaintiff's Objections to*
*Magistrate's October 25 Order*
*(C02-01683 TSZ-MAT) - Page 1 of 1*

HILLIS CLARK MARTIN &
PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789