Honorable Thomas S. Zilly

NOV 2004

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware Corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware Corporation; and VIVENDI UNIVERSAL, S.A., a French foreign corporation,<br><br>    Defendants. | No. C 02-1683Z<br><br>ORDER ON STIPULATED MOTION TO MODIFY CASE SCHEDULE |
| SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC., a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,<br><br>    Counter-Claimants,<br><br>v.<br><br>VALVE CORPORATION, a Washington Corporation; GABE NEWELL and LISA MENNET NEWELL, husband and wife, and the marital community composed thereof; and SCOTT LYNCH and JULIE LYNCH, husband and wife, and the marital community composed thereof,<br><br>    Counterclaim Defendants. | 02-CV-01683-ORD |

[PROPOSED] ORDER ON STIPULATED MOTION TO
MODIFY CASE SCHEDULE - 1
Case No. C02-1683Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  THIS MATTER having come before the undersigned Judge of the above-entitled
2  Court, and the Court having considered the Stipulated Motion to Modify Case Schedule, and
3  other pleadings on file herein, the Court grants the Stipulated Motion to Modify Case
4  Schedule.
5  IT IS HEREBY ORDERED that the case schedule in this matter shall be modified as
6  follows:

| | |
|---|---|
| Parties exchange settlement positions | 11/5/04 |
| Mediation per Local Rule 39.1 | 12/9/04 |
| Expert Witness Disclosure | 02/04/05 |
| Expert Rebuttal Reports | 03/07/05 |
| Discovery Motions | 01/31/05 |
| Discovery Cutoff (Non-Expert) | 02/28/05 |
| Dispositive Motions | 03/15/05 |
| Settlement Conference | 04/21/05 |
| Discovery Cutoff (Expert) | 03/10/05 |
| Motions in Limine | 05/20/05 |
| Pretrial Order | 06/01/05 |
| Pretrial Conference | 06/10/05 |
| Trial Briefs, Voir Dire and Jury Instructions | 06/15/05 |
| Trial | 06/20/05 |

DONE IN OPEN COURT this 18th day of November, 2004.

_____
The Honorable Thomas S. Zilly
United States District Court Judge

[PROPOSED] ORDER ON STIPULATED MOTION TO
MODIFY CASE SCHEDULE - 2
Case No. C02-1683Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1

2  Presented by:

3  s/Karl J. Quackenbush
   Karl J. Quackenbush, WSBA #9602
4  Jason P. Holtman, WSBA #28233
   Kristin J. Boraas, WSBA #32015
5  PRESTON GATES & ELLIS LLP
   925 Fourth Avenue, Suite 2900
6  Seattle, WA 98104
   Tel: (206) 623-7580
7  Fax: (206) 623-7022
   karlq@prestongates.com
8
   Attorneys for Plaintiff
9  Valve Corporation,
   Gabe and Lisa Mennet Newell and
10 Scott and Julie Lynch

11
   s/Linda Q. Foy
12 Annette L. Hurst (*pro hac vice*)
   Linda Q. Foy (*pro hac vice*)
13 Sarah M. King (*pro hac vice*)
   HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
14 Three Embarcadero Center, Seventh Floor
   San Francisco, CA 94111
15 Tel: (415) 434-1600
   Fax: (415) 217-5910
16 lfoy@howardrice.com

17 Attorneys for Sierra Entertainment, Inc.,
   Vivendi Universal Games, Inc. and
18 Vivendi Universal, S.A.

19

20

21

22

23

24

25

26

[PROPOSED] ORDER ON STIPULATED MOTION TO
MODIFY CASE SCHEDULE - 3
Case No. C02-1683Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022