Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware Corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware Corporation; and VIVENDI UNIVERSAL, S.A., A French foreign corporation,<br><br>　　　　　　　　Defendants. | No. C 02-1683Z<br><br>CERTIFICATE OF SERVICE |
| SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC., a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,<br><br>　　　　　　　　Counter-Claimants,<br><br>　v.<br><br>VALVE CORPORATION, a Washington Corporation, GABE NEWELL and LISA MENNET NEWELL, husband and wife, and the marital community composed thereof; and SCOTT LYNCH and JULIE LYNCH, husband and wife, and the marital community composed thereof,<br><br>　　　　　　　　<u>Counterclaim Defendants.</u> | |

CERTIFICATE OF SERVICE - 1

K:\36063\00014\JPH\JPH_P22RGO

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1
2      The undersigned declares: On the date below-written, I caused true and correct copies
of Valve's Response to Defendants' Motion for Stay or Injunction Pending Appeal, and
3
Declaration of Jason P. Holtman, both FILED UNDER SEAL
4
       to be served by messenger upon the following:
5
Michael R. Scott
6  Hillis Clark Martin & Peterson
   1221 Second Avenue, Suite 500
7  Seattle, WA 98101-2925

8      and additionally to be faxed and sent via Federal Express to the following:

9  Linda Q. Foy/Annette Hurst
   Howard, Rice, Nemerovski, Canady, Falk & Rabkin, P.C.
10 Three Embarcadero Center
   7th Floor
11 San Francisco, CA 94111

12
       I declare under penalty of perjury that the foregoing is true and correct:
13
       EXECUTED on January 3, 2005.
14

15
                                        _____
16                                             Linda F. Gage

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE - 2

K:\36063\00014\JPH\JPH_P22RGO

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022