UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

VALVE CORPORATION

Plaintiff(s),

v.

SIERRA ENTERTAINMENT, INC.

Defendant(s).

Case No. 2:02-cv-1683-TSZ

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, **Jason M. Skaggs** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the **Defendants Sierra Entertainment, Inc., Vivendi Universal Games, Inc. and Vivendi Universal, S**

This application is based upon the following:

The particular need for my appearance and participation is:

I, **Jason M. Skaggs**, understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no pending disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date 1/7/04   Signature of applicant _____

I have enclosed the required filing fee of $50.00

Receipt number (to be completed by the court): _____

02-CV-01683-APPL

APPLICANT'S NAME: Jason M. Skaggs

APPLICANT'S FIRM: Howard Rice Nemerovski Canady Falk & Rabkin

APPLICANT'S ADDRESS: Three Embarcadero Center, 7th Floor
                     Street Address        Room/Suite

San Francisco, CA 94111-4024    (415) 434-1600
City / State / ZIP              Phone number (include area code)

## STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant __Jason M. Skaggs__ is unable to be present upon any date assigned by the court.

DATED this __10TH__ day of __January__, 20__05__.

_____
Signature of local counsel

LOCAL COUNSEL NAME AND BAR NUMBER:
MICHAEL R. SCOTT                     No. 12822
LAW FIRM: HILLIS CLARK MARTIN & PETERSON, P.S.
LOCAL COUNSEL'S ADDRESS: 500 Galland Building, 1221 Second Avenue
                         Street Address                  Room/Suite

Seattle, WA 98101-2925        (206) 623-1745
City / State / ZIP            Phone number (include area code)

## ORDER

IT IS ORDERED that the application of  Jason M. Skaggs  to appear and participate in this action is hereby approved.

DATED this __14__ day of __January__, 20__05__.

BRUCE RIFKIN, CLERK
UNITED STATES DISTRICT COURT

BY: _____
Dep. Clerk

___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

JAN 1 4 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY