Honorable Thomas S. Zilly
Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware Corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware Corporation; and VIVENDI UNIVERSAL, S.A., A French foreign corporation,<br><br>Defendants.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC., a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,<br><br>Counter-Claimants,<br><br>v.<br><br>VALVE, LLC, a Washington limited liability company; GABE NEWELL and JANE DOE NEWELL, husband and wife, and the marital community composed thereof; and SCOTT LYNCH and JANE DOE LYNCH, husband and wife, and the marital community composed thereof,<br><br>Counterclaim Defendants. | No. C 02-1683Z<br><br>STIPULATION REGARDING STAY OF PENDING MOTIONS AND CASE SCHEDULE |

STIPULATION REGARDING STAY OF
PENDING MOTIONS AND CASE
SCHEDULE - 1

K:\38063\00014\KA1R\KA1RF20CZ

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1

2
3   The parties respectfully request that the Court stay the case schedule and all motions
4   presently pending before the Court until February 7, 2005 in order to allow time to reach
    agreement on the terms of a settlement.
5

6

7   DATED this 14th day of January, 2005.
8

9                                           PRESTON GATES & ELLIS LLP
10
11  By _____
        Karl J. Quackenbush, WSBA #9602
12      Jason P. Holtman, WSBA # 28233
        Kristin J. Boraas, WSBA #32015
13      Attorneys for Plaintiff and Counterclaim
        Defendants Valve Corporation and
14      Counterclaim Defendants Lynch and
        Newell
15
    HOWARD RICE NEMEROVSKI
16  CANADY FALK & RABKIN

17

18  By _Linda Q. Foy_____
        Linda Q. Foy, pro hac vice
19      Of Attorneys for Defendants Sierra
        Entertainment, Inc. and Vivendi Universal
20      Games, Inc.

21

22

23

24

25

26

STIPULATION REGARDING STAY OF
PENDING MOTIONS AND CASE
SCHEDULE - 2
K:\36063\00014\KA1R\KA1RP20CZ

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022