Honorable Thomas S. Zilly

02-CV-01683-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALVE CORPORATION, a Washington corporation,

Plaintiff,

v.

SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation; and VIVENDI UNIVERSAL, S.A., a French foreign corporation,

Defendants.

---

SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC., a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,

Counter-Claimants,

v.

VALVE CORPORATION, a Washington corporation; GABE NEWELL and LISA MENNET NEWELL, husband and wife, and the marital community composed thereof; and SCOTT LYNCH and JULIE LYNCH, husband and wife, and the marital community composed thereof,

Counterclaim Defendants.

No. C 02-1683Z

ORDER REGARDING STAY OF MOTIONS AND CASE SCHEDULE

[PROPOSED] ORDER REGARDING STAY OF MOTIONS AND CASE SCHEDULE - 1
Case No. C02-1683Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

THIS MATTER having come before the Court on the parties' Stipulation Regarding Stay of Pending Motions and Case Schedule, it is hereby

ORDERED that all motions presently pending before this Court and the case schedule are stayed until February 28, 2005 in order to allow additional time for the parties to reach agreement on the terms of a settlement.

DATED this 2nd day of February, 2005.

_____
Judge Thomas S. Zilly
United States District Court

Presented by:

s/Karl J. Quackenbush
Karl J. Quackenbush, WSBA #9602
Jason P. Holtman, WSBA # 28233
Kristin J. Boraas, WSBA #32015
PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel: (206) 623-7580
Fax: (206) 623-7022
karlq@prestongates.com

Attorneys for Plaintiff Valve Corporation

[PROPOSED] ORDER REGARDING STAY OF
MOTIONS AND CASE SCHEDULE - 2
Case No. C02-1683Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022