Honorable Thomas S. Zilly

FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 23 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation; and VIVENDI UNIVERSAL, S.A., a French foreign corporation,<br><br>    Defendants.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC., a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,<br><br>    Counter-Claimants,<br><br>v.<br><br>VALVE CORPORATION, a Washington corporation; GABE NEWELL and LISA MENNET NEWELL, husband and wife, and the marital community composed thereof; and SCOTT LYNCH and JULIE LYNCH, husband and wife, and the marital community composed thereof,<br><br>    Counterclaim Defendants. | No. C 02-1683Z<br><br>[~~PROPOSED~~]<br><br>ORDER REGARDING STAY OF MOTIONS AND CASE SCHEDULE<br><br><br>02-CV-01683-ORD |

[PROPOSED] ORDER REGARDING STAY OF
MOTIONS AND CASE SCHEDULE - 1
Case No. C02-1683Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | |
|---|---|
| 1 | |
| 2 | THIS MATTER having come before the Court on the parties' Stipulation Regarding |
| 3 | Stay of Pending Motions and Case Schedule, it is hereby |
| 4 | ORDERED that all motions presently pending before this Court and the case schedule |
| 5 | are stayed until March 30, 2005 in order to allow additional time for the parties to reach |
| 6 | agreement on the terms of a settlement. |
| 7 | DATED this 23rd day of Feb, 2005. |
| 8 | |
| 9 | |
| 10 | Judge Thomas S. Zilly<br>United States District Court |
| 11 | |
| 12 | Presented by: |
| 13 | s/Karl J. Quackenbush<br>Karl J. Quackenbush, WSBA #9602<br>Jason P. Holtman, WSBA # 28233 |
| 14 | Kristin J. Boraas, WSBA #32015<br>PRESTON GATES & ELLIS LLP |
| 15 | 925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104 |
| 16 | Tel: (206) 623-7580<br>Fax: (206) 623-7022 |
| 17 | karlq@prestongates.com |
| 18 | Attorneys for Plaintiff Valve Corporation |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

[PROPOSED] ORDER REGARDING STAY OF
MOTIONS AND CASE SCHEDULE - 2
Case No. C02-1683Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022