Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, a Washington corporation,<br><br>                              Plaintiff,<br><br>     v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware Corporation; and VIVENDI UNIVERSAL, S.A., a French foreign corporation,<br><br>                              Defendants. | No. C 02-1683Z<br><br>STIPULATION AND PROPOSED ORDER REGARDING STAY OF PENDING MOTIONS AND CASE SCHEDULE |
| SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC., a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,<br><br>                              Counter-Claimants,<br><br>     v.<br><br>VALVE CORPORATION, a Washington corporation; GABE NEWELL and LISA MENNET NEWELL, husband and wife, and the marital community composed thereof; and SCOTT LYNCH and JULIE LYNCH, husband and wife, and the marital community composed thereof,<br><br>                              Counterclaim Defendants. | |

STIPULATION AND PROPOSED ORDER
REGARDING STAY OF PENDING MOTIONS AND
CASE SCHEDULE - 1
Case No. C02-1683Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

2 The parties respectfully request that the Court stay the case schedule and all motions

3 presently pending before the Court until April 30, 2005 in order to allow additional time to

4 reach agreement on the terms of a settlement.

5 DATED this 28th day of March, 2005.

6 s/Karl J. Quackenbush

Karl J. Quackenbush, WSBA # 9602
7 PRESTON GATES & ELLIS LLP
925 Fourth Avenue, Suite 2600
8 Seattle, WA 98104
Tel: (206) 623-7580
9 Fax: (206) 623-7022
karlq@prestongates.com
10
Attorneys for Plaintiff
11 Valve Corporation

s/Annette Hurst

Annette Hurst, *pro hac vice*
HOWARD RICE NEMEROVSKI CANADY
  FALK & RABKIN
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: (415) 434-1600
Fax: (415) 217-5910
ahurst@howardrice.com

Attorneys for Defendants
Sierra Entertainment, Inc. and
Vivendi Universal Games, Inc.

STIPULATION AND PROPOSED ORDER
REGARDING STAY OF PENDING MOTIONS AND
CASE SCHEDULE - 2
Case No. C02-1683Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022