Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON-LINE, INC.), a Delaware corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation; and VIVENDI UNIVERSAL, S.A., a French foreign corporation,<br><br>    Defendants. | No. C 02-1683Z<br><br>ORDER REGARDING STAY OF MOTIONS AND CASE SCHEDULE |
| SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC., a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,<br><br>    Counter-Claimants,<br><br>v.<br><br>VALVE CORPORATION, a Washington corporation; GABE NEWELL and LISA MENNET NEWELL, husband and wife, and the marital community composed thereof; and SCOTT LYNCH and JULIE LYNCH, husband and wife, and the marital community composed thereof,<br><br>    Counterclaim Defendants. | 02-CV-01683-ORD |

[PROPOSED] ORDER REGARDING STAY OF
MOTIONS AND CASE SCHEDULE - 1
Case No. C02-1683Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1

2      THIS MATTER having come before the Court on the parties' Stipulation Regarding

3  Stay of Pending Motions and Case Schedule, it is hereby

4      ORDERED that all motions presently pending before this Court and the case schedule

5  are stayed until April 30, 2005 in order to allow additional time for the parties to reach

6  agreement on the terms of a settlement.

7      DATED this ___29___ day of ___March___, 2005.

8

9

         _____
10       Judge Thomas S. Zilly
         United States District Court

11

    Presented by:
12
    s/Karl J. Quackenbush
13  Karl J. Quackenbush, WSBA #9602
    Jason P. Holtman, WSBA # 28233
14  Kristin J. Boraas, WSBA #32015
    PRESTON GATES & ELLIS LLP
15  925 Fourth Avenue, Suite 2900
    Seattle, WA 98104
16  Tel: (206) 623-7580
    Fax: (206) 623-7022
17  karlq@prestongates.com

18  Attorneys for Plaintiff Valve Corporation

19

20

21

22

23

24

25

26

[PROPOSED] ORDER REGARDING STAY OF
MOTIONS AND CASE SCHEDULE - 2
Case No. C02-1683Z

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE: (206) 623-7022