Case 2:02-cv-01683-TSZ-MAT Document 257 Filed 04/11/2005 Page 1 of 4

The Honorable Thomas S. Zilly

FILED ENTERED
LODGED RECEIVED

APR 12 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

02-CV-01683-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALVE CORPORATION, a Washington corporation,<br>Plaintiff,<br>vs.<br>SIERRA ENTERTAINMENT INC. (AKA SIERRA ON LINE, INC.), a Delaware corporation; VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation; and VIVENDI UNIVERSAL, S.A., a French foreign corporation,<br>Defendants. | No. 02-cv-01683-TSZ-MAT<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| SIERRA ENTERTAINMENT, INC. (AKA SIERRA ON LINE, INC.), a Delaware corporation; and VIVENDI UNIVERSAL GAMES, INC., a Delaware corporation,<br>Counter-Claimants,<br>vs.<br>VALVE CORPORATION, a Washington corporation; GABE NEWELL and LISA MENNET NEWELL, husband and wife and the marital community composed thereof; and SCOTT LYNCH and JULIE LYNCH, husband and wife and the marital community composed thereof,<br>Counterclaim Defendants. | |



HILLIS CLARK MARTIN & PETERSON, P.S.
500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

Case 2:02-cv-01683-TSZ-MAT Document 257 Filed 04/11/2005 Page 2 of 4

It is hereby stipulated by and between Plaintiff and Counterclaim Defendant Valve Corporation, Counterclaim Defendants Gabe Newell, Lisa Mennet Newell, Scott Lynch, and Julie Lynch, Defendants and Counter-Claimants Sierra Entertainment, Inc. and Vivendi Universal Games, Inc., and Defendant Vivendi Universal, S.A., through their designated counsel of record, that the Complaint and related Counterclaim in the above-entitled action be and hereby is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41 , including all claims and counterclaims against each party, and that each party shall bear its own costs and attorneys' fees.

The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed this Stipulation For Voluntary Dismissal With Prejudice with them and have the authority to bind their respective clients.



HILLIS CLARK MARTIN & PETERSON, P.S.
500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206 623 1745; fax 206.623.7789

Case 2:02-cv-01683-TSZ-MAT Document 257 Filed 04/11/2005 Page 3 of 4

DATED this 11th day of April, 2005.

HILLIS CLARK MARTIN & PETERSON, P.S.
Michael R. Scott, WSBA #12822

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, A PROFESSIONAL CORPORATION

By___/s/ Annette L. Hurst______________
Annette L. Hurst (admitted *pro hac vice*)

Attorneys for Defendants and Counter-Claimants Sierra Entertainment, Inc. and Vivendi Universal Games, Inc. and Defendant Vivendi Universal, S.A.

DATED this11th day of April, 2005.

PRESTON GATES & ELLIS LLP

By____/s/ Jason P. Holtman_____________
Karl J. Quackenbush, WSBA #9602
Jason P. Holtman, WSBA #28233

Attorneys for Plaintiff and Counterclaim Defendant Valve Corporation and Counterclaim Defendants Gabe Newell, Lisa Mennet Newell, Scott Lynch, and Julie Lynch



HILLIS CLARK MARTIN & PETERSON, P.S.

500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206.623.7789

Case 2:02-cv-01683-TSZ-MAT Document 257 Filed 04/11/2005 Page 4 of 4

# ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED: April 11, 2005.

Judge United States District Court



HILLIS CLARK MARTIN & PETERSON, P.S.
500 Galland Building, 1221 Second Ave
Seattle WA 98101-2925
206.623.1745; fax 206 623 7789